IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-923 (GMS) |
| | ) |
| OSRAM AG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that (1) Defendants' counsel has agreed to accept service of process for all Defendants and (2) the time for all Defendants to answer, move or otherwise respond to the complaint is extended until November 7, 2012. The reason for this request is to provide time for Defendants to review the allegations of the complaint and prepare a response.

FARNAN LLP

*/s/ Brian E. Farnan*

Brain E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Defendants*

SO ORDERED this _____ day of August 2012.

_____
J.