# Exhibit A

PATENT AND TRADEMARK OFFICE
Process Production Report
Preliminary Report

| Patent Trial & Appeal Board | FY2012 Actual | FY2013 Oct. | FY2013 Nov. | FY2013 Dec. | FY2013 Jan. | FY2013 Feb. | FY2013 Mar. | FY2013 Apr. | FY2013 May | FY2013 Jun. | FY2013 Jul. | FY2013 Aug. | FY2013 Sep. | FY2013 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONTESTED CASES** | | | | | | | | | | | | | | |
| **Inter Partes Review** | | | | | | | | | | | | | | |
| Petitions Filed | | | | | | | | | | | | | | |
| Monthly | | 24 | 24 | 32 | 24 | 30 | 38 | 27 | 45 | | | | | |
| Year-to-date | 17 | 41 | 65 | 97 | 121 | 151 | 189 | 216 | 261 | 261 | 261 | 261 | 261 | **261** |
| Trials Instituted | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 1 | 3 | 10 | 22 | 13 | 37 | | | | | |
| Year-to-date | 0 | 0 | 0 | 1 | 4 | 14 | 36 | 49 | 86 | 86 | 86 | 86 | 86 | **86** |
| Trials Not Instituted | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 2 | | | | | |
| Year-to-date | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 6 | 8 | 8 | 8 | 8 | 8 | **8** |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 3 | | | | | |
| Year-to-date | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 3 | 6 | 6 | 6 | 6 | 6 | **6** |
| **Cases Pending** | | | | | | | | | | | | | | |
| **Year-to-date** | 17 | 41 | 65 | 97 | 121 | 148 | 184 | 207 | 247 | 247 | 247 | 247 | 247 | **247** |
| **Transitional Program for Covered Business Method** | | | | | | | | | | | | | | |
| Petitions Filed | | | | | | | | | | | | | | |
| Monthly | | 5 | 2 | 0 | 0 | 0 | 2 | 4 | 7 | | | | | |
| Year-to-date | 8 | 13 | 15 | 15 | 15 | 15 | 17 | 21 | 28 | 28 | 28 | 28 | 28 | **28** |
| Trials Instituted | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 0 | 5 | 3 | 4 | 0 | 0 | | | | | |
| Year-to-date | 0 | 0 | 0 | 0 | 5 | 8 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | **12** |
| Trials Not Instituted | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | | | | | |
| Year-to-date | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | **3** |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Year-to-date | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Cases Pending** | | | | | | | | | | | | | | |
| **Year-to-date** | 8 | 13 | 15 | 15 | 15 | 13 | 14 | 18 | 25 | 25 | 25 | 25 | 25 | **25** |

PATENT AND TRADEMARK OFFICE
Process Production Report
Preliminary Report

| Patent Trial & Appeal Board | FY2012 Actual | FY2013 Oct. | FY2013 Nov. | FY2013 Dec. | FY2013 Jan. | FY2013 Feb. | FY2013 Mar. | FY2013 Apr. | FY2013 May | FY2013 Jun. | FY2013 Jul. | FY2013 Aug. | FY2013 Sep. | FY2013 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Interferences** | | | | | | | | | | | | | | |
| Cases Declared | | | | | | | | | | | | | | |
| Monthly | | 3 | 2 | 1 | 3 | 1 | 4 | 11 | 6 | | | | | |
| Year-to-date | 56 | 3 | 5 | 6 | 9 | 10 | 14 | 25 | 31 | 31 | 31 | 31 | 31 | **31** |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 10 | 8 | 4 | 3 | 1 | 2 | 6 | 2 | | | | | |
| Year-to-date | 62 | 10 | 18 | 22 | 25 | 26 | 28 | 34 | 36 | 36 | 36 | 36 | 36 | **36** |
| **Cases Pending** | | | | | | | | | | | | | | |
| **Year-to-date** | **53** | **46** | **40** | **37** | **37** | **37** | **39** | **44** | **48** | **48** | **48** | **48** | **48** | **48** |
| **Ex Parte Reexams Appeals** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 10 | 11 | 5 | 13 | 7 | 4 | 7 | 11 | | | | | |
| Year-to-date | 115 | 10 | 21 | 26 | 39 | 46 | 50 | 57 | 68 | 68 | 68 | 68 | 68 | **68** |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 2 | 12 | 13 | 7 | 7 | 11 | 11 | 13 | | | | | |
| Year-to-date | 119 | 2 | 14 | 27 | 34 | 41 | 52 | 63 | 76 | 76 | 76 | 76 | 76 | **76** |
| **Cases Pending** | | | | | | | | | | | | | | |
| **Year-to-date** | **22** | **30** | **29** | **21** | **27** | **27** | **20** | **16** | **14** | **14** | **14** | **14** | **14** | **14** |
| **Inter Partes Reexam Appeals** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 29 | 10 | 7 | 19 | 17 | 16 | 10 | 18 | | | | | |
| Year-to-date | 162 | 29 | 39 | 46 | 65 | 82 | 98 | 108 | 126 | 126 | 126 | 126 | 126 | **126** |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 10 | 17 | 13 | 17 | 10 | 10 | 10 | 21 | | | | | |
| Year-to-date | 149 | 10 | 27 | 40 | 57 | 67 | 77 | 87 | 108 | 108 | 108 | 108 | 108 | **108** |
| **Cases Pending** | | | | | | | | | | | | | | |
| **Year-to-date** | **64** | **83** | **76** | **70** | **72** | **79** | **85** | **85** | **82** | **82** | **82** | **82** | **82** | **82** |
| **EX PARTE APPEALS** | | | | | | | | | | | | | | |
| **Ex Parte Appeals*** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 1083 | 826 | 791 | 998 | 997 | 644 | 1173 | 821 | 0 | 0 | 0 | 0 | |
| Year-to-date | 12433 | 1083 | 1909 | 2700 | 3698 | 4695 | 5339 | 6512 | 7333 | 7333 | 7333 | 7333 | 7333 | **7333** |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 819 | 941 | 889 | 1059 | 1012 | 1199 | 948 | 931 | 0 | 0 | 0 | 0 | |
| Year-to-date | 9912 | 819 | 1760 | 2649 | 3708 | 4720 | 5919 | 6867 | 7798 | 7798 | 7798 | 7798 | 7798 | **7798** |
| **Cases Pending** | | | | | | | | | | | | | | |
| **Year-to-date** | **26484** | **26748** | **26633** | **26535** | **26474** | **26459** | **25904** | **26129** | **26019** | **26019** | **26019** | **26019** | **26019** | **26019** |

*Ex parte appeals of applications for patents, not including ex parte reexamination or inter partes reexamination appeals.

# Exhibit B



US006294475B1

(12) **United States Patent**
Schubert et al.

(10) **Patent No.:** **US 6,294,475 B1**
(45) **Date of Patent:** **Sep. 25, 2001**

(54) **CRYSTALLOGRAPHIC WET CHEMICAL ETCHING OF III-NITRIDE MATERIAL**

(75) Inventors: **E. Fred Schubert**, Canton; **Dean A. Stocker**, Jamaica Plain, both of MA (US)

(73) Assignee: **Trustees of Boston University**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/338,709**

(22) Filed: **Jun. 23, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/090,409, filed on Jun. 23, 1998.

(51) **Int. Cl.**[7] ................................................. **H01L 21/20**
(52) **U.S. Cl.** ........................... **438/712**; 438/718; 438/749
(58) **Field of Search** ..................................... 438/712, 718, 438/749

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,397,711 * 8/1983 Donnelly et al. ..................... 156/643
5,059,552 * 10/1991 Harder et al. ......................... 437/129
5,880,485 * 3/1999 Marx et al. ............................. 257/94

FOREIGN PATENT DOCUMENTS

0383215   8/1990 (EP) .

OTHER PUBLICATIONS

Kim, B.J., J.W. Lee, H.S. Park, Y. Park and T.I. Kim, "Wet Etching of (0001) GaN/Al₂O₃ Grown by MOVPE", *Journal of Electronic Materials*, vol. 27, No. 5, 1998, pp. L32–L34.

Rotter, T., D. Uffmann, J. Ackermann, J. Aderhold, J. Stemmer and J. Graul, "Current Controlled Photoelectrochemical Etching of GaN Leaving Smooth Surfaces", *Nitride Semiconductors Symposium*, Dec. 1–5, 1997, pp. 1003–1008.

Weyher, J.L., S. Müller, I. Grzegory and S. Porowski, "Chemical Polishing of Bulk and Epitaxial GaN", *Journal of Crystal Growth*, vol. 182, 1997, pp. 17–22.

* cited by examiner

*Primary Examiner*—Robert Kunemund
(74) *Attorney, Agent, or Firm*—Samuels, Gauthier & Stevens, LLP

(57) **ABSTRACT**

A method of processing III-Nitride epitaxial layer system on a substrate. The process includes exposing non-c-plane surfaces of the III-nitride epitaxial layer system, for example by etching to a selected depth or cleaving, and crystallographical etching the epitaxial layer system in order to obtain crystallographic plane surfaces. In an exemplary embodiment, the III-Nitride epitaxial layer system includes GaN. In accordance with one aspect of the exemplary embodiment, the etching step includes reactive ion etching in a chlorine-based plasma, PEC etching in a KOH solution or cleaving, and the crystallographical etching step includes immersing the epitaxial layer system in a crystallographic etching chemical, such as phosphoric acid, molten KOH, KOH dissolved in ethylene glycol, sodium hydroxide dissolved in ethylene glycol, tetraethyl ammonium hydroxide, or tetramethyl ammonium hydroxide. Speaific etching planes are chosen in accordance with varying the orientation of the exposing step, the etching chemical, and the temperature at which the epitaxial layer system is etched.

**20 Claims, 8 Drawing Sheets**





*1. CLEAVED ON SPINEL*
*2. CLEAVED ON SiC*
*3. POLISHED*
*4. CAIBE*
*5. CLEAVED ON SAPPHIRE*
*6. RIE*
*7. CAIBE*

# FIG. 1



EXPOSING
NON-C-PLANE SURFACES
(ETCHING OR CLEAVING) — *300*

CRYSTALLOGRAPHIC
WET CHEMICAL
ETCH — *302*

# FIG. 3



*FIG. 2*

U.S. Patent

Sep. 25, 2001

Sheet 3 of 8

US 6,294,475 B1

| CHEMICAL | TEMPERATURE (°C) | ETCH RATE (μm/min) | ETCHING PLANES OBSERVED |
|---|---|---|---|
| PHOSPHORIC ACID ($H_3PO_4$) | 108 – 195 | 0.013 – 3.2 | $\{10\bar{1}2\}, \{10\bar{1}3\}$ |
| POTASSIUM HYDROXIDE (KOH), MOLTEN | 150 – 247 | 0.003 – 2.3 | $\{10\bar{1}0\}, \{10\bar{1}\bar{1}\}$ |
| 10-50% KOH IN ETHYLENE GLYCOL ($CH_2OHCH_2OH$) | 90 – 182 | 0.0015 – 1.3 | $\{10\bar{1}0\}$ |
| 20% NaOH IN ETHYLENE GLYCOL | 178 | 0.67 – 1.0 | NONE |
| TETRAETHYL AMMONIUM HYDROXIDE (TEAH) | 91 | 0.007 | $\{10\bar{1}\bar{1}\}$ |
| TETRAMETHYL AMMONIUM HYDROXIDE (TMAH) | 76 | 0.013 | $\{10\bar{1}\bar{1}\}$ |

*FIG. 4*

(a)



X 15 000          1μm

## FIG. 5A

(b)



X 15 000          1μm

## FIG. 5B



*FIG. 5C*



*FIG. 5D*



## FIG. 6



*FIG. 7*



*FIG. 8*

U.S. Patent

Sep. 25, 2001

Sheet 8 of 8

US 6,294,475 B1

LASER DIODE

MASK, 900 —          — 902

DEPOSIT A MASK                    904

**FIG. 9A**

BIPOLAR TRANSISTOR

1000          MASK
1002

1004          DEPOSIT A MASK

**FIG. 10A**

LASER DIODE

REACTIVE ION ETCH,          900          906
LEAVING ROUGH,                          902
NON-VERTICAL                            904
FACETS

**FIG. 9B**

BIPOLAR TRANSISTOR

1006          1000          1008          PHOTOENHANCED WET
1002                                      ETCH, LEAVING NEARLY
1004                                      VERTICAL WALLS AND
                                          ROUGH SURFACES

**FIG. 10B**

LASER DIODE

CRYSTALLOGRAPHIC                900
ETCH WITH CHEMISTRY                    908
CHOSEN TO PRODUCE                      910
ATOMICALLY                             904
SMOOTH VERT FACETS

**FIG. 9C**

BIPOLAR TRANSISTOR

1000          1010          CRYSTALLOGRAPHIC
1014                        ETCH WITH CHEMISTRY
1012          1004          CHOSEN TO PRODUCE
                            UNDERCUT WALLS
                            AND SMOOTH SURFACES

**FIG. 10C**

US 6,294,475 B1

1

# CRYSTALLOGRAPHIC WET CHEMICAL ETCHING OF III-NITRIDE MATERIAL

## PRIORITY INFORMATION

This application claims priority from provisional application Ser. No. 60/090,409 filed Jun. 23, 1998.

## SPONSORSHIP INFORMATION

This invention was developed with funding from the Office of Naval Research under grant no. N00014-98-1-0194 and from the National Science Foundation under grant no. ECS-9714047. The government has certain rights to the invention.

## BACKGROUND OF THE INVENTION

The invention relates to the field of semiconductor etching, and in particular to a process of crystallographic wet chemical etching of III-Nitride material, and in particular gallium nitride.

The III-Nitride materials system, gallium nitride (GaN) and its indium- and aluminum-containing alloys, shows great promise for producing high-speed electronic devices that operate efficiently at high temperatures. III-Nitrides are the material of choice for producing light-emitting devices including LEDs and lasers that operate at wavelengths throughout the visible and UV parts of the electromagnetic spectrum. These materials are extremely stable, allowing them to be used in high temperature and corrosive environments. Because of this stability, it is difficult to find methods for etching of III-Nitrides.

Most processing of the III-Nitrides is currently done by dry plasma etching. There are several disadvantages to dry etching, including rough surface profiles, ion-induced damage in the exposed surface areas and difficulty in obtaining smooth etched sidewalls, which are required for lasers, the expense of the equipment required.

Photoenhanced electro-chemical (PEC) wet etching has also been used for etching of GaN. PEC etching has the advantage of low surface damage and relatively low equipment cost, but there has not yet been found a method for producing smooth etched vertical sidewalls, which are required for lasers.

Even what seems to be a very small roughness can have a large effect on the reflectivity of a laser facet. FIG. 1 illustrates this point, showing a graph of the maximum reflectivity of a laser facet as a function of surface roughness in a typical InGaN/GaN laser structure. The best published roughness results from several different experimental groups are indicated by arrows in the figure. Note that most etching techniques produce a roughness of approximately 50 nm, allowing a maximum specular reflectivity of less than 1%. Production of laser facets using an etching technique is preferable to using cleaving or polishing because an entire wafer of several thousand lasers can be produced at one time by etching, but cleaving must be done on individual rows of devices, and polishing is an even more labor-intensive technique.

Recently, researchers at Xerox Coxp. fabricated a laser using chemically assisted ion beam etching (CAIBE), producing sidewalls with a roughness of 4–6 nm. This is the lowest sidewall roughness ever reported for etching in the III-Nitride material system, but even with this roughness the reflectivity is only 60–70% of the ideal reflectivity, and the roughness is enough to cause interference fringes in the emitted laser beam.

2

It would be very beneficial to take advantage of the crystal structure of the III-Nitride material itself to produce atomically smooth crystallographic planes without damaging the surface. Such crystallographic planes would have reflectivities greater than 99% of the ideal reflectivity, given by the well known Fresnel formula, as compared to the above values of 1% and 60–70% for plasma etching and CAIBE, respectively. Improvement in facet reflectivity corresponds to higher output power and a better defined laser spot. Wet chemical etching has been used for producing atomically smooth crystallographic planes in other semiconductor materials systems, such as silicon, gallium arsenide, and gallium phosphide. Previously, prior to the invention, this had never been achieved in the III-Nitride materials system.

## SUMMARY OF THE INVENTION

The invention provides a method of processing a III-Nitride epitaxial layer system on a substrate. The process includes exposing non-c-plane surfaces of the III-Nitride epitaxial layer system, for example by etching to a selected depth or cleaving, and crystallographically etching the epitaxial layer system in order to obtain crystallographic plane surfaces. In an exemplary embodiment, the III-Nitride epitaxial layer system includes GaN. In accordance with one aspect of the exemplary embodiment, the exposing step includes reactive ion etching in a chlorine-based plasma, PEC etching in a KOH solution or cleaving, and the crystallographically etching step includes immersing the epitaxial layer system in a crystallographic etching chemical, such as phosphoric acid, molten KOH, KOH dissolved in ethylene glycol, sodium hydroxide dissolved in ethylene glycol, tetraethyl ammonium hydroxide, or tetramethyl ammonium hydroxide. Specific etching planes are chosen in accordance with varying the orientation of the exposing step, the etching chemical, and the temperature at which the epitaxial layer system is etched.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph of the maximum reflectivity of a laser facet as a function of surface roughness in a typical InOaN/GaN laser structure;

FIG. 2 is a high-resolution field effect SEM image of dislocation etch pits in the c-plane of GaN;

FIG. 3 is a flowchart showing the process of the invention;

FIG. 4 is a table summarizing etch rates and crystal planes observed for various chemicals used in accordance with the invention;

FIGS. 5A–5D are SEM images of several illustrative examples of GaN epilayers crystallographically wet etched after cleaving;

FIG. 6 is an Arrhenius plot of GaN etch rates in KOH and 30% KOH dissolved in ethylene glycol;

FIG. 7 is an Arrhenius plot of etch rates for GaN in $H_3PO_4$;

FIG. 8 is a plot of GaN etch rate as a function of KOH concentration in ethylene glycol at 170° C.;

FIGS. 9A–9C are stepwise block diagrams illustrating the processing of a laser diode in accordance with the invention; and

FIGS. 10A–10C are stepwise block diagrams illustrating the processing of a bipolar transistor in accordance with the invention.

## DETAILED DESCRIPTION OF THE MENTION

The invention is directed to a method for achieving crystallographic wet chemical etching in the III-Nitrides.

3

While KOH-based solutions have been found to etch AlN and IneAlN, no acid or base solution had previously been identified that is able to etch high-quality GaN. In accordance with one embodiment of the process of the invention, ethylene glycol, instead of water, is used as a solvent for KOH and NaOH so that temperatures between 90° C. and 180° C. are able to be employed. These temperatures exceed the boiling point of water and are considerably higher than the temperatures used in previous processes. The samples used were grown on c-plane sapphire substrates, and include n-type GaN epilayers grown by metal-organic chemical vapor deposition (MOCVD), MOCVD-grown ptype GaN epilayers, MOCVD-grown AlGaN/GaN heterostructures, and MOCVD-grown InGaN/GaN heterostructures on thick GaN layers grown by hydride vapor phase epitaxy. Epitaxial GaN has commonly a hexagonal crystal structure, and the top surface plane is the c-plane or <0001> plane.

Molten KOH is known to form pits at dislocations in the c-plane of GaN. What was observed in accordance with the invention, however, was that non-c-planes can be crystallographically etched by molten KOH. The c-plane, the top surface of the GaN crystal, is impervious to all of the chemicals with which etching had been attempted. By employing an initial processing step, however, less stable crystal planes are exposed that are susceptible to various chemicals. This unexpected result has been explored in several experiments by the applicants, and applicants have identified other etching solutions that are able to etch various crystallographic planes into not only GaN, but also InGaN and AlGaN. From these experiments, a two-step process for crystallographic etching of the III-Nitrides has been developed.

As described before, molten KOH and hot phosphoric acid ($H_3PO_4$) have previously been shown to etch pits at defect sites in the c-plane of GaN. Applicants have now observed the formation of etch pits with facets that correspond to various GaN crystal faces by etching in $H_3PO_4$ above 160° C., in molten KOH above 180° C., in KOH dissolved in ethylene glycol above 135° C., and in NaOH dissolved in ethylene glycol at 180° C. All of the hexagonal etch pits share a common base, i.e. the <11$\overline{2}$0> direction, but intersect the c-plane at a wide variety of angles. This is because the faces are actually produced by two or more competing etch planes, as can be seen in FIG. 2. FIG. 2 is a high-resolution field effect SEM image of dislocation etch pits in the c-plane of GaN, produced by etching in 10% KOH by weight, dissolved in ethylene glycol at 165° C. The etchant temperatures are monitored using a thermocouple, and are accurate to within 5° C. The etch pit density is approximately $2 \times 10^6$ cm$^{-2}$ in $H_3PO_4$ and $6 \times 10^7$ cm$^{-2}$ in hydroxide-containing etchants.

FIG. 3 is a flowchart showing the process of the invention. The first of the two steps in the crystallographic etching process, exposing non-c-plane surfaces, can be used to establish the etching depth (step 300), and it can be performed by several common processing methods. For the first step, several different processing methods have been used, including reactive ion etching in a chlorine-based plasma, PEC etching in a KOH solution, and cleaving. The second step is done by immersion in a chemical that is able to crystallographically etch GaN (step 302). This etching step can produce smooth crystallographic surfaces, and the specific etching planes can be chosen by varying the orientation of the first step, the chemical agents, and the temperature. The etch rates and crystal planes observed for all chemicals used in this work are summarized in the table of FIG. 4. Crystallographic etching has been achieved using phospho-

4

ric acid, molten potassium hydroxide (KOH), KOH dissolved in ethylene glycol, sodium hydroxide dissolved in ethylene glycol, tetraethyl ammonium hydroxide (TEAH), and tetramethyl ammonium hydroxide (TMAH). The etching planes listed in this table are those that appear during the etch. Because the c-plane {0001} is impervious to all of these chemicals except at defect sites where etch pits occur, it is also an etch plane, with a negligibly small etch rate.

FIGS. 5A–5D are SEM images of several illustrative examples of GaN epilayers that have been crystallographically wet etched after cleaving. FIGS. 5A and 5B show samples etched in $H_3PO_4$ at 132° C. The {10$\overline{1}$3} plane shown in FIG. 5A appears along the side of the sample cleaved along the GaN a-plane {11$\overline{2}$0}. The {10$\overline{1}$2} plane shown in FIG. 5B appears along the side of the sample cleaved along the GaN m-plane. The {10$\overline{1}$0} plane shown in FIG. 5C was produced by etching in 10% KOH by weight dissolved in ethylene glycol at 165° C. This plane has been examined using an FESEM with a resolution of 5 nm at 2.5 kV, and the surface appears perfectly smooth at this resolution. The {10$\overline{1}\overline{1}$} plane shown in FIG. 5D was produced by etching in molten KOH at 184° C.

The activation energies for etching in these various solutions is 0.9 eV, or 21 kcal/mol, as inferred from the Arrhenius plots in FIGS. 6 and 7. Note that this value is equal to the calculated heat of formation of GaN, 0.90 eV. The activation energy indicates that the etch is reaction-rate limited. If the etching were diffusion limited, an activation energy in the 1–6 kcal/mol range would be expected.

FIG. 6 is an Arrhenius plot of GaN etch rates in KOH and 30% KOH dissolved in ethylene glycol. Solid and hollow symbols represent etch rates measured along cleaved edges parallel to the {11$\overline{2}$0} a-plane and the {10$\overline{1}$0} m-plane, respectively.

FIG. 7 is an Arrhenius plot of etch rates for GaN in $H_3PO_4$.

FIG. 8 is a plot of GaN etch rate as a function of KOH concentration in ethylene glycol at 170° C. Solid and hollow symbols represent etch rates measured along cleaved edges parallel to the {11$\overline{2}$0} a-plane and the {10$\overline{1}$0} m-plane, respectively.

The etch rates shown in FIGS. 6–8 are measured perpendicular to the growth direction, i.e. in the "horizontal" c-plane. For "vertical" planes, such as the {10$\overline{1}$0} plane, the actual etch rate of the plane is equal to the etch rate measured. For non-vertical planes, however, the etch rate of the plane is actually less than the measured etch rate. The etch rate perpendicular to the {10$\overline{1}$2} plane, for instance, is the etch rate shown in FIG. 7 multiplied by cos(46°), because the {10$\overline{1}$2} plane intersects the vertical {10$\overline{1}$0} plane at an angle of 46°.

It is interesting to note that the etch rate of KOH dissolved in ethylene glycol is higher than the etch rate of molten KOH at the same temperature. In fact, the etch rate as a function of concentration peaks at a value of 40% KOH by weight in ethylene glycol, as can be seen in FIG. 8. It is believed that this is due to high solubility of the etch products in ethylene glycol.

Because the c-plane is impervious to all of the chemicals used in this study, no etch mask is required for the crystallographic etching step. The c-plane itself acts as a mask. An etch mask may be necessary, however, if long etching times are used, to prevent the development of etch pits at defect sites. For this purpose we have successfully used titanium masks after annealing at 900° C. for 30 seconds and nickel masks after annealing at 650° C. for 2 minutes.

US 6,294,475 B1

5

FIGS. 9A–9C are step-wise block diagrams illustrating the processing of a laser diode in accordance with the invention. Initially, a mask **900** is deposited on a III-Nitride device structure **902**, which is configured on a sapphire substrate **904**. A reactive ion etch leaves rough, non-vertical facets **906** in the structure. A crystallographic etch produces atomically smooth vertical facets **908, 910**.

FIGS. 10A–10C are step-wise block diagrams illustrating the processing of a bipolar transistor in accordance with the invention. Initially, a mask **1000** is deposited on a III-Nitride device structure **1002**, which is configured on a sapphire substrate **1004**. A photoenhanced wet etch leaves nearly vertical walls **1006** and rough surfaces **1008**. A crystallographic etch produces undercut walls **1010, 1012** and atomically smooth surfaces **1014**.

In conclusion, a powerful anisotropic wet chemical etching technique is presented. Etch rates as high as 3 μm/min have been demonstrated. Because the etch is crystallographic in nature, we demonstrate smooth vertical sidewalls with an RMS roughness smaller than the 5 nm resolution of the FESEM. This is the smallest reported roughness for etched GaN sidewalls, indicating the usefulness of this etch for high-reflectivity laser facets. The ability to undercut is also important for decreasing capacitance in applications such as bipolar transistors.

Although the present invention has been shown and described with respect to several preferred embodiments thereof, various changes, omissions and additions to the form and detail thereof, may be made therein, without departing from the spirit and scope of the invention.

What is claimed is:

1. A method of processing a III-Nitride epitaxial layer system provided on a substrate, comprising:

exposing non-c-plane surfaces of said III-Nitride epitaxial layer system; and

crystallographically etching said epitaxial layer system in order to obtain crystallographic plane surfaces.

2. The method of claim **1**, wherein said III-Nitride epitaxial layer system comprises GaN.

3. The method of claim **1**, wherein said exposing step comprises reactive ion etching in a chlorine-based plasma, PEC etching in a KOH solution or cleaving.

4. The method of claim **1**, wherein said crystallographically etching step comprises immersing said epitaxial layer system in a crystallographic etching chemical.

5. The method of claim **4**, wherein said chemical comprises phosphoric acid, molten KOH, KOH dissolved in ethylene glycol, sodium hydroxide dissolved in ethylene glycol, tetraethyl ammonium hydroxide or tetramethyl ammonium hydroxide.

6. The method of claim **4**, wherein specific etching planes are chosen in accordance with varying the orientation of said first etching step, said etching chemical, and the temperature at which said epitaxial layer system is etched.

7. The method of claim **1**, wherein a laser diode is processed.

8. The method of claim **1**, wherein a bipolar transistor is processed.

9. A method of processing a III-Nitride epitaxial layer system provided on a substrate to produce a laser diode, comprising:

6

reactive etching said III-Nitride epitaxial layer system to a selected depth; and

crystailographically etching said epitaxial layer system in order to obtain substantially atomically smooth vertical surfaces.

10. A method of processing a III-Nitride epitaxial layer system provided on a substrate to produce a bipolar transistor, comprising:

photoenhanced wet etching said III-Nitride epitaxial layer system to a selected depth; and

crystallographically etching said epitaxial layer system in order to obtain undercut walls and substantially atomically smooth surfaces.

11. A method of processing a III-Nitride epitaxial layer system comprising:

providing a III-Nitride epitaxial layer system on a substrate; and

wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions.

12. The method of claim **11**, wherein said epitaxial layer system comprises GaN.

13. A method of processing a III-Nitride epitaxial layer system comprising:

providing a III-Nitride epitaxial layer system on a substrate; and

crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid chemical.

14. The method of claim **13**, wherein said epitaxial layer system comprises GaN.

15. The method of claim **13**, wherein said liquid chemical includes molten KOH, KOH dissolved in ethylene glycol, NaOH dissolved in ethylene glycol, phosphoric acid, tetraethyl ammonium hydroxide, or tetramethyl ammonium hydroxide.

16. The method of claim **13**, wherein said liquid chemical is heated.

17. A method of processing a III-Nitride epitaxal material system comprising:

providing a III-Nitride epitaxial layer system on a substrate;

etching said epitaxial layer system along c-plane crystal directions; and

wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions.

18. The method of claim **17**, wherein said epitaxial layer system comprises GaN.

19. The method of claim **17**, wherein said first etching step comprises reactive ion etching, ion milling, low-energy electron enhanced etching, photo-electrochemical etching, chemically assisted ion beam etching, or enhanced forms of reactive ion etching.

20. A method of processing a GaN layer in order to produce semiconductor laser facets comprising:

providing a GaN on a substrate; and

wet chemical crystallographic etching said GaN layer in order to obtain substantially atomically flat surfaces.

* * * * *

# Exhibit D

Paper ___
Filed:  July 19, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

OSRAM GMBH
Petitioner,

v.

Patent of E. FRED SCHUBERT
Patent Owner.

_____

Case IPR2013-_____
Patent 6,294,475

_____

**PETITION FOR INTER PARTES REVIEW
PURSUANT TO 35 U.S.C. §§ 311–319 AND 37 C.F.R. § 42**

Attorney Docket: 125923-224977

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

# Table of Contents

**Page**

I.      MANDATORY NOTICES UNDER 37 C.F.R. § 42.8 ................................... 1

II.     PAYMENT OF FEES ............................................................................. 2

III.    REQUIREMENTS UNDER 37 C.F.R. § 42.104 ........................................ 2

        A.      Grounds for Standing Under 37 C.F.R. § 42.104(a) ........................... 2

        B.      Identification of Challenge Under 37 C.F.R. § 42.104(b) ................... 2

        C.      How the Challenged Claims are to be Construed ................................ 4

        D.      Explanation of Unpatentability ................................................. 4

IV.     OVERVIEW OF THE TECHNOLOGY AND '475 PATENT ...................... 5

        E.      Technical Background ........................................................... 5

        F.      The Alleged Invention of the '475 Patent ............................... 7

        G.      Summary of the Prosecution History of the '475 Patent .................... 9

V.      THE BROADEST REASONABLE CONSTRUCTION OF
        CERTAIN CLAIM TERMS ....................................................... 11

        A.      Substrate ............................................................................ 12

        B.      Epitaxial Layer System ................................................... 12

        C.      Crystallographic Etching / Crystallographically Etching ................... 13

        D.      Non-C-Plane ................................................................... 15

VI.     DETAILED EXPLANATION OF GROUNDS FOR
        UNPATENTABILITY .......................................................... 18

        A.      Akasaki Anticipates Claims 1, 2, 4, 11-14, and 16 Under 35
                U.S.C. § 102(a) ........................................................... 18

B.    Sonobe Anticipates Claims 1, 2, 4, 11-14, and 16 Under 35 U.S.C. § 102(b)....................................................................25

C.    Kozawa Anticipates Claims 11-14, and 16 Under 35 U.S.C. § 102(b) ...................................................................................31

D.    Youtsey '98 Anticipates Claims 11-14 Under 35 U.S.C. § 102(a)....................................................................................35

E.    Weyher in View of Kelly Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a) ......................................38

F.    Kelly in view of Weyher Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a) ......................................45

G.    Weyher in view of Cheung Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a) ................................46

H.    Cheung in View of Weyher Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a) ................................51

I.    Donnelly in View of Youtsey '98 Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. §103(a) ....................52

VII.    CONCLUSION..............................................................................60

Petitioner OSRAM GmbH requests *inter partes* review ("IPR") of claims 1,

2, 4, 11-14, and 16 of U.S. Patent No. 6,294,475 ("the '475 Patent") (Ex. 1001).

This Petition shows that there is a reasonable likelihood that these claims are

unpatentable.  Petitioner requests that the claims be declared unpatentable and

canceled.

## I.    MANDATORY NOTICES UNDER 37 C.F.R. § 42.8

Real party-in-interest:  OSRAM GmbH.

Related matters:  The following matters where the '475 Patent has been asserted

would affect, or be affected by, a decision in this proceeding:  *E. Fred Schubert v.*

*OSRAM GmbH, et al.*, Case No. 12-cv-923-GMS (D. Del.) and *E. Fred Schubert v.*

*Koninklijke Philips Electronics N.V., et al.*, Case No. 12-cv-924-GMS (D. Del).

Lead and Back-up Counsel and Service Information:

| LEAD COUNSEL | BACK-UP COUNSEL |
|---|---|
| Charles H. Sanders (Reg. No. 47,053) (csanders@goodwinprocter.com) Goodwin Procter LLP Exchange Place 53 State Street Boston, MA 02109 (T): 617.570.1315; (F): 617. 801.8804 | Christopher W. Stamos (Reg. No. 35,370) (cstamos@goodwinprocter.com) Goodwin Procter LLP Exchange Place 53 State Street Boston, MA 02109 (T): 617.570.1267; (F): 617. 801.8841 |

Counsel consent to electronic service at their email addresses.  A power of

attorney accompanies this Petition.

Case IPR2013-_____
Patent 6,294,475                                         Atty. Docket: 125923-224977

## II.  PAYMENT OF FEES

We authorize the Office to charge Deposit Account No. 50-4494 for the fee

set in 37 C.F.R. § 42.15(a) for this Petition, and further authorize payment of any

additional fees to be charged to this Deposit Account.

## III.  REQUIREMENTS UNDER 37 C.F.R. § 42.104

### A.  Grounds for Standing Under 37 C.F.R. § 42.104(a)

OSRAM certifies that the '475 Patent is available for IPR and that OSRAM

is not barred or estopped from requesting this IPR.

### B.  Identification of Challenge Under 37 C.F.R. § 42.104(b)

OSRAM requests IPR of claims 1, 2, 4, 11-14, and 16 of the '475 Patent

based on the prior art and grounds set forth below.  OSRAM requests this relief in

view of the following references.  An Appendix of Exhibits is also attached.

| Exhibit | Description | Publication Date or Filing Date | Type of Prior Art |
|---------|-------------|----------------------------------|-------------------|
| Ex. 1006 | Translation of Japanese Patent Application Publication No. H10-41585 to I. Akasaki et al. ("Akasaki");[1] | Feb. 13, 1998 | § 102(a) |
| Ex. 1009 | Translation of Japanese Patent Application Publication No. H8-255952 to M. Sonobe ("Sonobe")[2] | Oct. 1, 1996 | § 102(b) |

---

[1] Ex. 1005 is the Japanese Patent Application Publication No. H10-41585 to I.

Akasaki et al., published on February 13, 1998.  Ex. 1007 is the certification that

Ex. 1006, Akasaki, is an accurate translation of Ex. 1005.

Case IPR2013-_____

Patent 6,294,475                              Atty. Docket: 125923-224977

| Ex. 1011 | T. Kozawa et al., "Dislocation Etch Pits in GaN Epitaxial Layers Grown on Sapphire Substrates," Journal of the Electrochemical Society. Vol. 143, No. 1, pp. L17-19 (1996) ("Kozawa") | Jan. 1996 | § 102(b) |
|---|---|---|---|
| Ex. 1012 | C. Youtsey and I. Adesida, "Smooth n-type GaN Surfaces by Photoenhanced Wet Etching," Applied Physics Letters., Vol. 72, No. 5, pp. 560-62 (1998) ("Youtsey '98") | Feb. 2, 1998 | § 102(a) |
| Ex. 1014 | J.L. Weyher et al., "Chemical Polishing of Bulk and Epitaxial GaN," Journal of Crystal Growth 182, pp. 17-22 (1997) ("Weyher") | Dec. 1997 | § 102(a) |
| Ex. 1016 | Translation of German Patent Application DE19640594A to M. K. Kelly et al. ("Kelly")[3] | Apr. 2, 1998 | § 102(a) |
| Ex. 1018 | U.S. Patent No. 6,071,795 to N.W. Cheung, et al. ("Cheung") | Jan. 23, 1998 | § 102(e) |
| Ex. 1019 | U.S. Patent No. 4,397,711 to V.M. Donnelly, et al. ("Donnelly") | Aug. 9, 1983 | § 102(b) |

Section VI below sets forth, per 37 C.F.R. § 42.104(b)(2), the grounds under 35 U.S.C. §§ 102 or 103 on which the challenges to the claims are based.

---

[2] Ex. 1008 is the Japanese Patent Application Publication No. H8-255952 to M. Sonobe, published on October 1, 1996.  Ex. 1010 is the certification that Ex. 1009, Sonobe, is an accurate translation of Ex. 1008.

[3] Ex. 1015 is the German Patent Application DE19640594A to M. K. Kelly et al., published on April 2, 1998.  Ex. 1017 is the certification that Ex. 1016, Kelly, is an accurate translation of Ex. 1015.

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

### C.    How the Challenged Claims are to be Construed

As required by 37 C.F.R. § 42.104(b)(3), Petitioner provides interpretations

for certain terms in Section V.  Petitioner recognizes that the Patent Trial and

Appeal Board ("PTAB") will apply the "broadest reasonable construction in light

of the specification of the patent in which it appears."  37 C.F.R. § 42.100(b)

(emphasis added).  This means that the words of the claim are given their plain

meaning unless that meaning is inconsistent with the specification.  *In re Zletz*, 893

F.2d 319, 321 (Fed. Cir. 1989).  The constructions proposed herein should not be

viewed as constituting, in whole or in part, Petitioner's own view as to the most

reasonable constructions.  Petitioner expressly reserves the right to present

interpretations in litigation that may differ from those set forth herein.

### D.    Explanation of Unpatentability

As required under 37 C.F.R. § 42.104(b)(4) and (5), explanations of how

claims 1, 2, 4, 11-14, and 16 of the '475 Patent are unpatentable under the statutory

grounds identified above are provided in Section VI below with reference to the

supporting evidence.  Additional background and support for each ground of

rejection is set forth in the Declaration of Christian M. Wetzel, Dr. rer. nat. (Ex.

1003).  For purposes of this Petition, Petitioners adopt Dr. Wetzel's definition of a

person of ordinary skill.  Ex. 1003, ¶ 23 ("The claims are directed to a person with

at least a Bachelor's degree in a relevant scientific field, e.g., physics, materials

science or engineering, electrical engineering, and two or more years of experience

with Group III-nitride semiconductors, e.g., GaN.").

## IV.   OVERVIEW OF THE TECHNOLOGY AND '475 PATENT

### E.   Technical Background

The '475 Patent relates to crystallographic wet chemical etching of III-

nitride material.  Ex. 1001 (Title).  The samples of III-V nitride material discussed

in the specification are gallium nitride (GaN)-based epitaxial layers grown on a

sapphire substrate.  *Id.* at 3:9-17[4].  Epitaxial growth involves growing

semiconductor layers on a substrate, such that the epitaxial layers take on the same

crystalline orientation as the substrate.  Ex. 1003, ¶ 28.  At the time of the alleged

invention, epitaxial GaN was typically grown with a hexagonal crystal structure

having c-planes parallel to the surface of the sapphire substrate, and the samples

discussed in the specification had this structure.  Ex. 1001 at 3:15-17; Ex. 1003, ¶¶

29-34.  This growth was imperfect, and various defects would form in the crystal

lattice.  Ex. 1003, ¶¶ 35-36.

_____

[4] Throughout this Petition, all citations are to an exhibit's original page numbers or

other markings, unless no identification mark is present.  In that case, citations

are to the unique page numbers that 37 C.F.R. § 42.63(d) requires for each

exhibit.

GaN was primarily used for applications such as light-emitting diodes

(LEDs), laser diodes (LDs) and transistors, and a principal goal of persons skilled

in the art was to increase light extraction efficiency.  Ex. 1003, ¶ 25.  The '475

patent discloses applications of the alleged invention to LDs and transistors, and

portrays the invention as providing smoother vertical sidewalls desired for LDs.

Ex. 1001 at 1:45-2:15, 5:1-15, Fig. 9; Ex. 1003, ¶¶ 26, 46, 51.

At the time of the alleged invention, etching was a known technique for

removing material from the surface of a semiconductor, and there were several

well-known wet etchants that etched semiconductors when immersed in them.  Ex.

1003, ¶¶ 37-39.  It was further known that there were etchants that would

preferentially etch specific crystal planes.  *Id.*, ¶ 43.  Techniques were known for

optimizing wet etching processes, such as heating to increase etch rate.  *Id.*, ¶¶ 39-

42.  Dry etching processes using energetic reactive ions also had been developed to

etch hard materials, and persons skilled in the art knew how to combine etching

steps to achieve a desired result.  *Id.*, ¶¶ 44-45.

By the time of the alleged invention, etching was not only known as a

technique for pursuing smooth semiconductor surfaces desired for LDs and

transistors, but also for obtaining rough semiconductor surfaces desired for

improving light emission from LEDs.  *Id.*, ¶¶ 46-51.  Roughening a semiconductor

surface by etching was known to improve light extraction efficiency from III-V

semiconductors significantly.  *Id.*  This approach merely applied the well-known

principle of physics that rough surfaces reduce wave guiding/internal reflection,

allowing more light to escape.  *Id.*

### F.  The Alleged Invention of the '475 Patent

The '475 Patent relates to "a method for achieving crystallographic wet

chemical etching in the III-Nitrides."  Ex. 1001 at 2:66-67.  The Applicants set

forth a goal of "tak[ing] advantage of the crystal structure of the III-Nitride

material itself to produce atomically smooth crystallographic planes without

damaging the surface," so that those crystal planes would provide improved

reflectivity.  *Id*. at 2:1-8.  This improved reflectivity would enhance performance

in LDs and transistors.  *Id*. at 2:8-9.  The '475 Patent further acknowledges in the

Background that wet chemical etching had been used for producing atomically

smooth crystallographic planes in other semiconductors, but states that this had not

been done in III-Nitrides.  *Id*. at 2:9-14.

The '475 Patent discloses that the c-plane, which was on the top surface of

the GaN samples grown on sapphire substrates, was impervious to chemical

etching.  *Id*. at 3:21-23.  The Applicants observed in accordance with the alleged

invention that non-c-planes could be crystallographically etched by molten KOH.

*Id*. at 3:19-21.  Applying, *e.g.*, molten KOH, to the c-plane surface of GaN, the

Applicants "observed the formation of etch pits with facets that correspond to

various GaN crystal faces." *Id.* at 3:35-40.  These etch pits were hexagonal, with a

base in the $<11\overline{2}0>$ crystal direction, and GaN crystal-face facets intersecting the

c-plane at various angles.  *Id.* at 3:35-42; Fig. 2.  Independent claims 11 and 13,

which recite a single crystallographic etching step, relate to this embodiment.

The Applicants also disclosed a two-step process to achieve crystallographic

etching on non-c-plane surfaces, since etching of the top c-plane surface was

limited to etching crystallographic etch pits.  *Id.* at 2:17-23, 3:52-64, Fig. 3.  The

'475 Patent describes a first step that goes down through the top c-plane to expose

the non-c-plane surfaces of a GaN epitaxial layer system using a known method

such as reactive ion etching in a chlorine-based plasma, PEC (photo-electro-

chemical) etching in a KOH solution, or cleaving.  *Id.* at 2:24-34, 3:52-59, Fig. 3.

In the second step, crystallographic etching of those exposed non-c-plane surfaces

is performed by immersion in an etching chemical.  *Id.* at 2:24-34, 3:59-64, Fig. 3.

Independent claim 1, which recites both an exposing step and a crystallographic

etching step, relates to this two-step process.

The '475 Patent discloses examples of this two-step etching process.  In the

Figure 5 embodiment, GaN is cleaved in the first step, followed by

crystallographic wet etching of non-c-planes on the sides of the GaN.  *Id.* at 4:9-22,

Fig. 5.  The '475 patent discloses processing of a laser diode in the Figure 9

embodiment where a reactive ion etch is first used to leave rough, non-vertical

sidewall facets, and then a crystallographic etch is used to produce atomically

smooth vertical facets.  *Id.* at 5:1-7, Fig. 9.  The Figure 10 embodiment involves

processing a bipolar transistor by performing a photoenhanced wet etch to leave

nearly vertical sidewalls and rough surfaces, and then a crystallographic etch to

produce undercut sidewalls and atomically smooth surfaces.  *Id.* at 5:8-15.

### G.    Summary of the Prosecution History of the '475 Patent

The application for the '475 Patent ('475 Application) was filed on June 23,

1999, claiming priority to a provisional application filed June 23, 1998.  Ex. 1002

at 23-54.  The Applicant filed an IDS on November 8, 1999, listing four references

including the Weyher and Donnelly references discussed herein and an article by

B. J. Kim, et al., titled "Wet Etching of (0001) $GaN/Al_2O_3$ Grown by MOVPE,"

from the Journal of Electronic Materials, Vol. 27, No. 5, 1998, pp. L32-34

("Kim").  *Id.* at 62-63.  On August 30, 2000, the Examiner issued an Office Action

rejecting all pending claims under 35 U.S.C. §§102(a) and 103(a) as unpatentable

over Kim.  *Id.* at 86-92.

Applicant responded on November 17, 2000, by submitting a declaration to

try to swear behind Kim, attaching an invention disclosure dated April 29, 1998,

which was two days prior to the publication date of Kim.  *Id.* at 93-103.  The

Examiner issued a Final Office Action on November 21, 2000, maintaining the

rejection against some claims because:

> [T]he declaration does not show the entire claimed invention was
> completed prior to the date of the Kim et al. reference.  Specifically,
> the declaration… does not set forth a etching step or step to expose
> the non c axis of GaN as recited in the above claims.  Thus, the
> declaration does not overcome the rejection of all claims, over the
> Kim et al reference.

*Id.* at 107-08.

On April 9, 2001, Applicant filed a Response asserting that the invention

disclosure stated:

> The first step, used to establish the etching depth, is performed by any
> common[]processing method; the second step is done by immersion in
> a chemical that is able to crystallographically etch GaN...  The two-
> step procedure is used because the upper surface, the c-plane, of the
> GaN, is impervious to all of these crystallographic etches.

*Id.* at 116.  Applicant further argued:

> The foregoing language establishes not only that no[n]-c plane
> surfaces need to be exposed, but also explains why this must be done
> before attempting crystallographic etching.  As grown, the only
> exposed plane across the surface of a III-N wafer is the one parallel to
> the substrate, which is the c-plane.  <u>The first etching step etches
> downward through the c-plan[e], inherently exposing non-c plane,
> such as the vertical m-planes.  The crystallographic etching step then
> etches horizontally through the non-c planes, but does not etch
> vertically through the c planes</u>.

*Id.* at 116 (emphasis added).  The Examiner issued a Notice of Allowance without

remarks on April 17, 2001.  *Id.* at 118-21.

The '475 Patent expired on September 25, 2009.  Ex. 1002 at 132.  The

assignee had "decided not to pay the 2nd year U.S. maintenance due September 25,

2009… due to lack of commercial interest in the invention."  Ex. 1034 at 1.

However, on April 22, 2010, the assignee filed a Petition to Accept Unintentionally

Delayed Payment of Maintenance Fee in an Expired Patent (37 CFR 1.378(c))

certifying "THAT THE DELAY IN PAYMENT OF THE MAINTENANCE FEE

TO THIS PATENT WAS UNINTENTIONAL."  Ex. 1035 at 4.  The Office

granted the petition, and the '475 Patent was reinstated.  *Id.* at 1.

## V.   THE BROADEST REASONABLE CONSTRUCTION OF CERTAIN CLAIM TERMS

Petitioner proposes that the following claim terms be interpreted in this

proceeding as follows:

| Independent Claim(s) | Term | Interpretation |
|---|---|---|
| 1, 11, 13 | substrate | material on which the epitaxial layer system is grown |
| 1, 11, 13 | epitaxial layer system | semiconductor layer(s) having the same crystalline orientation as the substrate on which it is grown |
| 1, 11, 13 | crystallographic etching/ crystallographically etching | preferentially etching a crystal plane |
| 1, 11 | non-c-plane | a plane other than the positive c-plane {0001} |

11

## A.    Substrate

A person skilled in the art would have naturally understood "substrate" in

the context of the "III-Nitride epitaxial layer system provided on a substrate" or

"III-Nitride epitaxial layer system on a substrate" recited in the claims to refer to

the material on which the epitaxial layer system was grown.  Ex. 1003, ¶ 53.  As

described in the specification, the samples "were grown on c-plane sapphire

substrates," and no other substrate is mentioned in the specification.  Ex. 1001 at

3:8-10; Ex. 1003, ¶ 54.  The '475 Patent also states that the epitaxial layer system

can be "configured on a sapphire substrate," and a person of ordinary skill in the

art would recognize that "configured" is synonymous with "grown," since no other

method for "configuring" a laser diode or transistor to a sapphire substrate was

known at the time of the alleged invention.  *Id.* at 5:1-15; Ex. 1003, ¶ 54.

## B.    Epitaxial Layer System

An epitaxial layer system grown on top of a substrate will take on the same

crystalline orientation as the substrate – this is a fundamental aspect of epitaxial

growth – so "epitaxial layer system" should be construed to mean "semiconductor

layer(s) having the same crystalline orientation as the substrate on which it is

grown."  Ex. 1003, ¶ 55.  This is plain and ordinary meaning of this technical term.

*Id.*; Ex. 1028, McGraw-Hill Dictionary of Scientific & Technical Terms at 690

(5th ed. 1994) (defining "epitaxial layer" as "[a] semiconductor layer having the

same crystalline orientation as the substrate on which it is grown"). The

specification is consistent with this interpretation. The specification states that

GaN commonly has a hexagonal crystal structure and the top surface of the epitaxy

grown on the sapphire was "the c-plane or <0001> plane," and at the time of the

alleged invention it was well-known to grow GaN on sapphire having a <0001>

crystal orientation. Ex. 1001 at 3:15-17; Ex. 1003, ¶ 56.

### C.   Crystallographic Etching / Crystallographically Etching

Independent claim 1 recites "crystallographically etching" the epitaxial layer

system "in order to obtain crystallographic plane surfaces." The claim thus makes

clear that the effect of the crystallographic etching step is to "obtain

crystallographic plane surfaces," meaning that this step involves preferentially

etching a crystal plane, which is the proposed construction. Ex. 1003, ¶ 57.

While the term "crystallographic" is not expressly defined in the

specification, the use of the term in the specification is consistent with this

construction. In the Summary of the Invention, the allegedly inventive process is

described as involving "crystallographically etching the epitaxial layer system to

obtain crystallographic plane surfaces." Ex. 1001 at 2:21-23. Crystallographic

etching is further described as involving use of etchants to etch particular crystal

planes. *Id*. at 3:27-30 ("Applicants have identified other etching solutions that are

able to etch various crystallographic planes"). Ex. 1003, ¶ 58.

The etching is "crystallographic" in the sense that it is directed to etching specific crystal planes preferentially.  This etching step is described as able to "produce smooth crystallographic surfaces, and the specific etching planes can be chosen by varying the orientation of the first step, the chemical agents, and the temperature."  Ex. 1001 at 3:59-64.  "Crystallographic" is being used to describe a preferential, or anisotropic, etch.  *Id.* at 5:6-21 ("In conclusion, a powerful anisotropic wet chemical etching technique is presented."); Ex. 1003, ¶ 59.

Furthermore, the interpretation of "crystallographic[ally] etching" as "preferentially etching a crystal plane" is not only consistent with the specification but also with the standard use of this term.  Ex. 1003, ¶ 60.  The 1991 *CRC Handbook of Metal Etchants* defines "crystallographic etch" as "[a]ny solution that will develop single crystal plane structure by preferential attack."  Ex. 1029 at 42. The 1987 *Etching of Crystals:  Theory, Experiment and Application* explains that etch pits reflect crystallographic etching, where the profiles of these pits reflect the crystallography of the etched surface.  Ex. 1030 at 108-09.  Donnelly, which is directed to the same field as the '475 patent, similarly explains that crystallographic etching involves preferentially etching a crystal plane.  Ex. 1019 at 3:7-12 ("The interaction of an appropriate etchant with the III-V material causes differential crystallographic etching, i.e., etching that proceeds in directions dictated by the crystallographic planes of the material being etched as a rate which

14

strongly depends on the particular plane"); 5:26-31 ("the etchant and the etchant

conditions employed should, as discussed previously, yield crystallographic etch

rates for specific planes which cause the desired crystallographic planes to develop

into a suitable etch wall configuration."); Ex. 1003, ¶ 61.

### D. Non-C-Plane

Independent claims 1 and 11 respectively recite "non-c-plane surfaces" and

"non-c-plane crystal directions."  A person of ordinary skill in the art would have

understood that GaN crystal has two c-planes: a positive c-plane (0001) (on the top

surface) and a negative c-plane $(000\bar{1})$ on the bottom surface).  Ex. 1003, ¶ 62.

The specification of the '475 patent identifies the top surface as the (0001) plane.

Ex. 1001 at 3:15-17.  A person of ordinary skill in the art also would have

understood that GaN having c-planes on top and bottom also has a number of other

crystal planes, *i.e.*, a-planes, m-planes, and r-planes.  Ex. 1003, ¶ 63.

The '475 Patent only refers to three planes by letter names:  the c-plane, the

a-plane, and the m-plane.  The '475 Patent discusses cleaving along the a- and m-

planes and etching those cleaved surfaces.  Ex. 1001 at 4:12-22, 30-42.  A person

of ordinary skill in the art would have considered these surfaces—the a-plane and

m-plane surfaces—to be "non-c-plane" surfaces because they are not designated

with a "c."  Ex. 1003, ¶ 63.  A person skilled in the art would <u>not</u> have called either

the positive or negative c-plane a "non-c-plane" because it is plainly designated

using a "c." *Id.*

During prosecution, as discussed above, the Applicants differentiated

between c-planes and non-c-planes, such as the vertical m-planes.  The Examiner's

final rejection reflected his understanding that etching a "non-c-plane" required

exposing "the non c axis of GaN."  Ex. 1002 at 107-08.  The Applicant responded

by distinguishing "vertically through the c planes."  Ex. 1002 at 116-17.

Applicants confirmed that the non-c-planes are the planes that exist at angles to the

c-plane, *e.g.*, the m-plane, because the crystallographic etch does not etch

vertically through c-planes (*i.e.*, along the c-axis):  "The first etching step etches

downward through the c-plan[e], inherently exposing non-c plane, such as the

vertical m-planes.  The crystallographic etching step then etches horizontally

through the non-c planes, but does not etch vertically through the c planes."  *Id.*

(emphasis added); Ex. 1003, ¶¶ 64-67.

In view of the above, one skilled in the art would interpret the term "non-c-

plane" according to its ordinary meaning, as a plane that is not designated with a

"c," which would include the a- and m-planes which lie at angles to the c-plane

and would not be etched vertically.  Ex. 1003, ¶ 70.

Nevertheless, in litigation, the Patent Owner narrowly considers only the

positive c-plane actually to be a c-plane and thus broadly defines the term "non-c-

plane" to include the negative c-plane, stating "<u>the claim term 'non-c-plane</u>

<u>surfaces' refers to surfaces other than the top surface plane, including the bottom</u>

<u>surface (the negative c-plane or N-face), which is adjacent to the growth</u>

<u>substrate.</u>"  Ex. 1032 at 2 (Plaintiff's Infringement Chart at 2); *see also id*. ("a non-

c-plane surface (i.e., one other than the top surface or Ga-face)").  However, there

is no specific discussion of any distinction between the positive and negative c-

plane, nor any specific, non-standard definition of the term "non-c-plane" in the

'475 Patent.  Ex. 1003, ¶ 69.

Since the '475 Patent owner has proposed a broader definition in litigation

where "non-c-plane" includes the negative c-plane, Petitioner has incorporated this

position in the construction set forth above:  a plane other than the positive c-plane

{0001}.  Petitioner also notes in this Petition where a definition of "non-c-plane"

which did not include the negative c-plane would or would not affect the proposed

grounds of invalidity.  Petitioner understands that the Patent Office will make its

own assessment of the proper construction, and thus will decide whether the Patent

Owner's position that the negative c-plane is a "non-c-plane" is consistent with the

broadest <u>reasonable</u> construction of this claim term.

## VI.   DETAILED EXPLANATION OF GROUNDS FOR UNPATENTABILITY

### A.   Akasaki Anticipates Claims 1, 2, 4, 11-14, and 16 Under 35 U.S.C. § 102(a)

Akasaki described a two-step etching process to improve "mirror surfacing" of the end faces of a group III nitride-based semiconductor laser's resonator, thereby reducing absorption of light at the end faces.  Ex. 1006 at 1; p.2, [0006]. The first step comprised a dry etch technique using $Cl_2$ based reactive ion beam etching (RIBE) to etch group III nitride layers on a sapphire substrate and form end faces.  *Id.* at 4, [0021].  A person of ordinary skill in the art would have understood that the dry RIBE etch process exposed sidewalls, i.e., non-c-plane surfaces, of the group III-Nitride epitaxial layer system.  *See* Ex. 1003 at ¶ 73.

The second step comprised a wet etching process that removed the "damage layer" on the end faces produced by the dry etch by immersing the group III nitride epitaxial layer system in a heated KOH solution.  Ex. 1006 at 4, [0021].  The wet etch produced end faces with "high levels of squareness relative to the substrate," "high levels of parallel" between the end faces, and an improvement in the end faces' "degree of mirror surfacing."  *Id.* at 4, [0021]; 2, [0005]-[0006].  Thus, Akasaki disclosed a two-step etching process to crystallographically etch a III nitride epitaxial layer system along non-c-plane crystal directions, resulting in

crystallographic non-c-plane plane sidewalls.  Ex. 1003 at ¶¶ 74-75.  Akasaki was

not considered by the Examiner and was not of record during prosecution.

| Claims | Akasaki |
|---|---|
| 1. A method of processing a III-Nitride epitaxial layer system | Akasaki is titled "Group III Nitride Semiconductor Laser Diode Manufacturing Method."  Akasaki disclosed processing a III-nitride epitaxial layer system, including growing the epitaxial layer system and subjecting it to various processes including dry and wet etching.  Ex. 1006 at 3-4, [0008]-[0023]. |
| provided on a substrate, comprising: | Akasaki disclosed that "a group III nitride semiconductor laser diode wherein a p layer and a n layer are formed from a group III nitride semiconductor on a substrate, where the individual layers are formed from group III nitride semiconductors on the substrate."  Ex. 1006 at 2, [0005]. |
| exposing non-c-plane surfaces of said III-Nitride epitaxial layer system; and | Akasaki disclosed, "[D]ry etching, for forming the end faces of the resonator, was performed as follows. Photoresist was coated uniformly over the entirety of the top face of the wafer, and a resist mask was formed through photolithography with a width equal to the length of the resonator (in the y-axial direction), and remaining following the x-axial direction, to form a rectangle along the x-axial direction. Given this, the resist mask caused the $SiO_2$ layer 9 and the electrodes 8 and 7 to be left with a width (in the y-axial direction) equal to the length of the resonator. … Following this, Cl2 gas was supplied at a rate of 6 mL/min with a vacuum level of one mTorr and a high-frequency power of 400 W, to perform dry etching through reactive ion beam etching (RIBE) until the sapphire substrate 1 was exposed at the part of the window that was not covered with the resist mask 12."  Ex. 1006 at 4, [0020]-[0021]; Ex. 1003, ¶ 73.<br><br>Since Akasaki exposed non-c-plane surfaces on the lateral sides of the semiconductor structure, not the bottom side attached to the sapphire, Akasaki disclosed the claimed step regardless of whether "non-c-plane" is |

| Claims | Akasaki |
|---|---|
|  | construed to include the negative c-plane.  Ex. 1003, ¶ 73. |
| crystallographically etching said epitaxial layer system | Akasaki disclosed, "Thereafter, the resist mask 12 was used as a mask to perform wet etching of the end faces that had been dry-etched, doing so for approximately 2 minutes by dipping the wafer, with the structure set forth above, in a KOH solution that was heated to a temperature of 50°C. Following this, after the resist mask 12 was removed, the wafer was cleaned in distilled water." Ex. 1006 at 4, [0021]; Ex. 1003, ¶¶ 74-75.  As discussed in addressing the next limitation, the results of this etching demonstrate that it was crystallographic. *Id.* |
| in order to obtain crystallographic plane surfaces. | Akasaki disclosed, "In this way, as illustrated in FIG. 7, resonator end faces S, with high levels of squareness relative to the substrate 1 and with high levels of parallel between the end faces were obtained in the active layer 5. Moreover, the result of removing, through wet etching, the damage layer at the end faces S of the resonator, through the RIBE, enabled the prevention of absorption of light by the end faces, making it possible to not only decrease the threshold electric current value for lasing, but also to suppress the increase in temperature of the element, thus enabling an increase in the service life of the element." Ex. 1006 at 4, [0021].

Akasaki also disclosed that "[t]he distinctive feature of the present invention, in order to achieve the object set forth above, is a method for manufacturing a group III nitride semiconductor laser diode wherein a p layer and a n layer are formed from a group III nitride semiconductor on a substrate, where the individual layers are formed from group III nitride semiconductors on the substrate and each layer is dry-etched in order to form end faces of a resonator, and the end faces that have been dry-etched are wet-etched through an etching solution.  The result is that the damage caused to the end faces of the resonator by dry etching is removed through wet etching, thus improving the degree of mirror surfacing of the end faces, thereby preventing the absorption of light by the |

20

Atty. Docket: 125923-224977

| Claims | Akasaki |
|---|---|
| | end faces." Ex. 1006 at 2, [0005]; Ex. 1003, ¶¶ 74-75.<br><br>The crystallographic plane sidewalls obtained through crystallographic wet etching were illustrated in Figure 1, copied below.<br><br> |
| 2. The method of claim 1, wherein said III-Nitride epitaxial layer system comprises GaN. | Akasaki disclosed "the group III nitride semiconductor is a substance expressed by $Al_XGa_YIn_{1-X-Y}N$ (where $0 \leq X \leq 1$, $0 \leq Y \leq 1$, and $0 \leq X + Y \leq 1$), thereby making it possible to obtain a laser diode with a blue short wavelength." Ex. 1006 at 2, [0006]. |
| 4. The method of claim 1, wherein said crystallographically etching step comprises immersing said epitaxial layer system in a crystallographic etching chemical. | Akasaki disclosed that "the resist mask 12 was used as a mask to perform wet etching of the end faces that had been dry-etched, doing so for approximately 2 minutes by dipping the wafer, with the structure set forth above, in a KOH solution that was heated to a temperature of 50°C." Ex. 1006 at 4, [0021]. |
| 11. A method of processing a III-Nitride epitaxial layer system comprising: | Akasaki is titled "Group III Nitride Semiconductor Laser Diode Manufacturing Method." Akasaki disclosed processing a III-nitride epitaxial layer system, including growing the epitaxial layer system and subjecting it to various processes including dry and wet etching. Ex. 1006 at 3-4, [0008]-[0023]. |
| providing a III-Nitride epitaxial layer system | Akasaki disclosed using metal organic vapor-phase epitaxy to grow GaN-based, multilayer epitaxy on a |

| Claims | Akasaki |
|---|---|
| on a substrate; and | sapphire substrate.  Ex. 1006 at 3, [0008]-[0015]. Akasaki stated, *e.g.*, "As illustrated in FIG. 2, the individual layers are formed sequentially on the sapphire substrate 1, which is a wafer.  The laser diode 100 is manufactured through vapor-phase deposition through the metal organic compound vapor-phase epitaxy method (hereinafter termed the "MOVPE" method)." *Id.* at 3, [0008]. |
| wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions. | Akasaki disclosed, "Thereafter, the resist mask 12 was used as a mask to perform wet etching of the end faces that had been dry-etched, doing so for approximately 2 minutes by dipping the wafer, with the structure set forth above, in a KOH solution that was heated to a temperature of 50°C.  Following this, after the resist mask 12 was removed, the wafer was cleaned in distilled water."  Ex. 1006 at 4, [0021]; Ex. 1003, ¶¶ 74-75.

Akasaki also disclosed that this wet chemical etching with KOH was performed after dry etching through the top surface of the epitaxy down to the sapphire substrate, exposing non-c-plane surfaces, and thus the wet etching took place along non-c-plane crystal directions, *i.e.*," planes at an angle to the top surface c-plane.  Ex. 1006 at 4, [0020]-[0021]; Ex. 1003, ¶ 73.  Since Akasaki exposed non-c-plane surfaces on the lateral sides of the semiconductor structure, not the bottom side attached to the sapphire, Akasaki disclosed etching along non-c-plane crystal directions regardless of whether "non-c-plane" is construed to include the negative c-plane.  Ex. 1003, ¶ 73.

The results of this wet chemical etching with KOH along non-c-plane crystal directions demonstrate that the wet chemical etching was crystallographic.  Akasaki disclosed, "In this way, as illustrated in FIG. 7, resonator end faces S, with high levels of squareness relative to the substrate 1 and with high levels of parallel between the end faces were obtained in the active layer 5.  Moreover, the result of removing, through wet etching, the damage |

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

| Claims | Akasaki |
|---|---|
| | layer at the end faces S of the resonator, through the RIBE, enabled the prevention of absorption of light by the end faces, making it possible to not only decrease the threshold electric current value for lasing, but also to suppress the increase in temperature of the element, thus enabling an increase in the service life of the element." Ex. 1006 at 4, [0021].<br><br>Akasaki also disclosed that "[t]he distinctive feature of the present invention, in order to achieve the object set forth above, is a method for manufacturing a group III nitride semiconductor laser diode wherein a p layer and a n layer are formed from a group III nitride semiconductor on a substrate, where the individual layers are formed from group III nitride semiconductors on the substrate and each layer is dry-etched in order to form end faces of a resonator, and the end faces that have been dry-etched are wet-etched through an etching solution. The result is that the damage caused to the end faces of the resonator by dry etching is removed through wet etching, thus improving the degree of mirror surfacing of the end faces, thereby preventing the absorption of light by the end faces."  Ex. 1006 at 2, [0005]; Ex. 1003, ¶¶ 74-75. |
| | |
| 12. The method of claim 11, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
| | |
| 13. A method of processing a III-Nitride epitaxial layer system comprising: | *See* disclosure identified for the identical preamble of claim 11 above. |
| providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical limitation of claim 11 above. |
| crystallographically etching said epitaxial | Akasaki disclosed, "Thereafter, the resist mask 12 was used as a mask to perform wet etching of the end faces |

23

| Claims | Akasaki |
|---|---|
| layer system by immersing said epitaxial layer system into a liquid chemical. | that had been dry-etched, doing so for approximately 2 minutes by dipping the wafer, with the structure set forth above, in a KOH solution that was heated to a temperature of 50°C. Following this, after the resist mask 12 was removed, the wafer was cleaned in distilled water."  Ex. 1006 at 4, [0021]; Ex. 1003, ¶¶ 74-75.

The results of this etching by immersion in the liquid chemical solution of KOH demonstrate that the wet chemical etching was crystallographic.  Akasaki disclosed, "In this way, as illustrated in FIG. 7, resonator end faces S, with high levels of squareness relative to the substrate 1 and with high levels of parallel between the end faces were obtained in the active layer 5. Moreover, the result of removing, through wet etching, the damage layer at the end faces S of the resonator, through the RIBE, enabled the prevention of absorption of light by the end faces, making it possible to not only decrease the threshold electric current value for lasing, but also to suppress the increase in temperature of the element, thus enabling an increase in the service life of the element." Ex. 1006 at 4, [0021].

Akasaki also disclosed that "[t]he distinctive feature of the present invention, in order to achieve the object set forth above, is a method for manufacturing a group III nitride semiconductor laser diode wherein a p layer and a n layer are formed from a group III nitride semiconductor on a substrate, where the individual layers are formed from group III nitride semiconductors on the substrate and each layer is dry-etched in order to form end faces of a resonator, and the end faces that have been dry-etched are wet-etched through an etching solution. The result is that the damage caused to the end faces of the resonator by dry etching is removed through wet etching, thus improving the degree of mirror surfacing of the end faces, thereby preventing the absorption of light by the end faces." Ex. 1006 at 2, [0005]; Ex. 1003, ¶¶ 74-75. |

| Claims | Akasaki |
|--------|---------|
| 14. The method of claim 13, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
|  |  |
| 16. The method of claim 13, wherein said liquid chemical is heated. | Akasaki discloses that the "KOH solution that was heated to a temperature of 50°C." Ex. 1006 at 4, [0021]. |

## B.  Sonobe Anticipates Claims 1, 2, 4, 11-14, and 16 Under 35 U.S.C. § 102(b)

Sonobe described a two-step etching process, where a wet etchant was used to eliminate damage caused by a dry etch to clean and smooth the surface of a GaN-based semiconductor on a sapphire substrate. Ex. 1009 at 1, [Purpose]. The first step comprised a dry etch technique that used reactive ion beam etching (RIBE) to etch GaN layers on a sapphire substrate. *Id*. at 6, [0016]; 7-8, [0021]-[0025]. A person skilled in the art would have understood that the dry reactive ion etching technique took place vertically through the top c-plane of the GaN-based epitaxial layer system, thus exposing non-c-plane surfaces. *See* Ex. 1003 at ¶ 78.

The second step comprised a wet etching process that immersed the GaN-based epitaxial layer system in a heated solution of nitric acid and phosphoric acid. Ex. 1009 at 7-8, [0023]. The wet etch removed the damaged layer of GaN created by the dry etch and produced non-c-plane surfaces that were "smooth" crystallographic plane surfaces, providing for, *e.g.*, high performance

25

semiconductor lasers.  *Id*. at 6, [0016]; 9, [0030]; 9, [0031].  A skilled artisan

would have understood that this wet chemical etching process crystallographically

etched a III-Nitride epitaxial layer system along non-c-plane directions.  *See* Ex.

1003 at ¶¶ 79-80.  Sonobe was not considered by the Examiner and was not of

record during prosecution.

| Claims | Sonobe |
|---|---|
| 1. A method of processing a III-Nitride epitaxial layer system | Sonobe disclosed growing a GaN-based epitaxial layer system and subjecting it to dry etching and then wet etching.  Ex. 1009 at 5-8, [00005], [0012], [0021]-[0026]. |
| provided on a substrate, comprising: | Sonobe disclosed epitaxial growth on "on sapphire substrate 1 using the MOCVD method."  Ex. 1009 at 7, [0021]. |
| exposing non-c-plane surfaces of said III-Nitride epitaxial layer system; and | Sonobe disclosed that the "method of manufacturing the semiconductor light-emitting element in the present invention involves dry etching using reactive ion etching to etch the gallium nitride group compound semiconductor layer."  Ex. 1009 at 6, [0016].  Sonobe further disclosed "[carrying] out reactive etching on the exposed semiconductor layer using, for example, a $Cl_2$ and $BCl_3$ mixed gas and other chlorine group plasma from opening part 11 and is etched until an n-type high-temperature buffer layer 3 which penetrates activated layer 5 is exposed, as indicated in Figure 1 (c)."  *Id*. at 7, [0023].<br><br><br><br>Fig. 1(c).  Since Sonobe exposed non-c-plane surfaces on the lateral sides of the semiconductor structure, not |

| Claims | Sonobe |
|---|---|
|  | the bottom side attached to the sapphire, Sonobe disclosed the claimed step regardless of whether "non-c-plane" is construed to include the negative c-plane.  Ex. 1003, ¶ 78. |
| crystallographically etching said epitaxial layer system | Sonobe disclosed that "wet etching of the etched surface is carried out so that the part of the etched surface which is damaged by dry etching to which contaminants became attached is removed by wet etching and a clean etched surface can be obtained."  Ex. 1010, at p. 6 [0016].  The wet etching comprised "immers[ing]the entire substrate 1 having a semiconductor layer which had been dried-etched in an etching solution made up of a mixed solution of nitric acid and phosphoric acid, rais[ing] the temperature to approximately 250 to 280°C and set[ting] it aside for 5 to 10 minutes."  *Id*. at 7, [0023]; Ex. 1003, ¶¶ 79-80.<br><br>As discussed in addressing the next limitation, the results of this etching demonstrate that it was crystallographic. *Id.* |
| in order to obtain crystallographic plane surfaces. | Sonobe disclosed, "[T]he surface which is exposed is cleansed by etching, the etched surface is treated so that the etched surface is not damaged and so that no contaminants become attached because of the dry-etching," and "[t]he perpendicularity of the lateral surface of the semiconductor which had been etched relative to the surface of the semiconductor layer is maintained and a round part is attached only to the angular part."  Ex. 1009 at 8, [0024]; *see also id*. at 9, [0031]; Ex. 1003, ¶¶ 79-80.  Accordingly, the dry etching exposed non-c-plane sidewall surfaces, and the wet crystallographic etchant preferentially removed the non-c-plane surfaces so that smooth, planar sidewall surfaces were obtained, as illustrated in Fig. 1(d) below. |

| Claims | Sonobe |
|---|---|
| | |
| | |
| 2. The method of claim 1, wherein said III-Nitride epitaxial layer system comprises GaN. | Sonobe discloses that "gallium nitride group compound semiconductor indicated here is a semiconductor made up of a compound made up of Ga as a group III element and N as a group V element..." Ex. 1009 at 4, [0002]. |
| | |
| 4. The method of claim 1, wherein said crystallographically etching step comprises immersing said epitaxial layer system in a crystallographic etching chemical. | Sonobe discloses that the wet etching comprises "immers[ing]the entire substrate 1 having a semiconductor layer which had been dried-etched in an etching solution made up of a mixed solution of nitric acid and phosphoric acid, rais[ing] the temperature to approximately 250 to 280°C and set[ting] it aside for 5 to 10 minutes." Ex. 1009 at 7, [0023]. |
| 11. A method of processing a III-Nitride epitaxial layer system comprising: | Sonobe disclosed growing a GaN-based epitaxial layer system and subjecting it to dry etching and then wet etching. Ex. 1009 at 5-8, [00005], [0012], [0021]-[0026]. |
| providing a III-Nitride epitaxial layer system on a substrate; and | Sonobe disclosed epitaxial growth of GaN-based semiconductor layers using MOCVD. Ex. 1009 at 7, [0021]. Sonobe disclosed that this epitaxial growth occurred "on sapphire substrate 1." *Id.* |
| wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions. | Sonobe disclosed that "wet etching of the etched surface is carried out so that the part of the etched surface which is damaged by dry etching to which contaminants became attached is removed by wet etching and a clean etched surface can be obtained." Ex. 1009 at 6 [0016]. The wet etching comprised "immers[ing]the entire substrate 1 having a semiconductor layer which had been dried-etched in an etching solution made up of a mixed solution of nitric acid and phosphoric acid, |

| Claims | Sonobe |
|---|---|
| | rais[ing] the temperature to approximately 250 to 280°C and set[ting] it aside for 5 to 10 minutes." *Id.* at 7, [0023].<br><br>This wet chemical etching of the epitaxial layer system occurred along non-c-plane crystal directions, *i.e.*, horizontally on sidewalls, not vertically on a c-plane. Prior to wet chemical etching, Sonobe disclosed dry etching down through the top c-plane surface to expose lateral non-c-plane surfaces. *Id.* at 6, [0016]; 7, [0023].<br><br>Since Sonobe exposed non-c-plane surfaces on the lateral sides of the semiconductor structure, not the bottom side attached to the sapphire, Sonobe disclosed the claimed step regardless of whether "non-c-plane" is construed to include the negative c-plane. Ex. 1003, ¶ 78.<br><br>The results of the wet chemical etching evidence that it was crystallographic. Sonobe disclosed, "[T]he surface which is exposed is cleansed by etching, the etched surface is treated so that the etched surface is not damaged and so that no contaminants become attached because of the dry-etching," and "[t]he perpendicularity of the lateral surface of the semiconductor which had been etched relative to the surface of the semiconductor layer is maintained and a round part is attached only to the angular part." Ex. 1009 at 8, [0024]; *see also id.* at 9, [0031]; Ex. 1003, ¶¶ 79-80. Accordingly, the dry etching exposed non-c-plane sidewall surfaces, and the wet crystallographic etchant preferentially removed the non-c-plane surfaces so that smooth, planar sidewall surfaces were obtained, as illustrated in Fig. 1(d). |
| | |
| 12. The method of claim 11, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2. |
| | |

| Claims | Sonobe |
|---|---|
| 13. A method of processing a III-Nitride epitaxial layer system comprising: | *See* disclosure identified for the identical preamble of claim 11. |
| providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical claim element of claim 11. |
| crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid chemical. | Sonobe disclosed that "wet etching of the etched surface is carried out so that the part of the etched surface which is damaged by dry etching to which contaminants became attached is removed by wet etching and a clean etched surface can be obtained." Ex. 1009 at 6 [0016]. The wet etching comprised "immers[ing]the entire substrate 1 having a semiconductor layer which had been dried-etched in an etching solution made up of a mixed solution of nitric acid and phosphoric acid, rais[ing] the temperature to approximately 250 to 280°C and set[ting] it aside for 5 to 10 minutes." *Id.* at 7, [0023].<br><br>The results of the wet chemical etching evidence that it was crystallographic.  Sonobe disclosed, "[T]he surface which is exposed is cleansed by etching, the etched surface is treated so that the etched surface is not damaged and so that no contaminants become attached because of the dry-etching," and "[t]he perpendicularity of the lateral surface of the semiconductor which had been etched relative to the surface of the semiconductor layer is maintained and a round part is attached only to the angular part." *Id.* at 8, [0024]; *see also id.* at 9, [0031]; Ex. 1003, ¶¶ 79-80.  Accordingly, the dry etching exposed non-c-plane sidewall surfaces, and the wet crystallographic etchant preferentially removed the non-c-plane surfaces so that smooth, planar sidewall surfaces were obtained, as illustrated in Fig. 1(d). |
|  |  |
| 14. The method of claim 13, wherein said epitaxial layer system | *See* disclosure identified for claim 2. |

| Claims | Sonobe |
|---|---|
| comprises GaN. | |
|  | |
| 16. The method of claim 13, wherein said liquid chemical is heated. | The wet etching comprises "immers[ing]the entire substrate 1 having a semiconductor layer which had been dried-etched in an etching solution made up of a mixed solution of nitric acid and phosphoric acid, rais[ing] the temperature to approximately 250 to 280°C and set[ting] it aside for 5 to 10 minutes."  Ex. 1009 at 7, [0023]. |

## C.    Kozawa Anticipates Claims 11-14, and 16 Under 35 U.S.C. § 102(b)

As discussed above, the '475 patent contains disclosure of a one-step etching process in the context of etching at defect sites.  Although this disclosure is portrayed as relating to the invention, it is actually a description of a prior art reference, Kozawa.[5]  Kozawa described using molten KOH to etch GaN epitaxial layers grown on a sapphire substrate.  Ex. 1011 at L17.  The process created etch pits shaped like hexagonal pyramids in the surface of a GaN-based device.  *Id.*  A

---

[5] Kozawa was listed among twenty-eight references identified in the provisional application, but none of these references were identified in the non-provisional application or submitted to the Patent Office for consideration during prosecution. Ex. 1033 at 13; Ex. 1003, ¶ 90.  The Applicants admitted in the provisional application, "Kozawa et al. reported the facets of the pits correspond to the $(30\overline{3}2)$ face of GaN."  Ex. 1033 at 9.

Case IPR2013-_____
Patent 6,294,475                                          Atty. Docket: 125923-224977

person of ordinary skill in the art also would have understood that the molten KOH

preferentially etched the GaN along non-c-plane directions.  Ex. 1003, ¶ 84.  Fig. 3

(reproduced below) clearly shows hexagonal pyramids formed with sides along the

$(11\overline{2}0)$ and $(30\overline{3}2)$ crystal planes.



Fig. 3. Schematic view of etch pit.

| Claims | Kozawa |
|---|---|
| 11. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | Kozawa disclosed "chemical etching on the surfaces of GaN epitaxial layers grown on sapphire substrates by MOVPE," metallorganic vapor phase epitaxy.  Ex. 1011 at L17. |
| wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions. | Kozawa disclosed that "[m]olten KOH etching was performed on the GaN epitaxial layers. . . . hexagonal pits, which reflect the crystal symmetry of GaN, are observed on the etched surface. . . . All pits formed hexagonal pyramids, this side of the base being along $(11\overline{2}0)$ and the facet being $(30\overline{3}2)$ face of GaN." Ex. 1011 at L17; L17, Fig. 2 (below), Fig. 3 (above).[6]  Thus, |

---

[6] Applicants stated that they "have now observed the formation of etch pits with

facets that correspond to various GaN crystal faces by etching . . . in molten KOH

| Claims | Kozawa |
|---|---|
| | Kozawa disclosed crystallographic etching along non-c-plane crystal directions, and this holds true regardless of whether "non-c-plane" is interpreted to cover the negative c-plane.  Ex. 1003, ¶ 84.<br><br><br>Fig. 2. The cleaved etched sample through a tilted view of SEM.<br><br>Figures 2 and 3 depict what was known to those skilled in the art as crystallographic etch pits.  Ex. 1003, ¶ 87. |
| | |
| 12. The method of claim 11, | Kozawa discloses that "GaN epitaxial layers were |

above 180ºC," and that "the hexagonal etch pits share a common base, i.e. the

direction."  Ex. 1001 at 3:33-41.   Kozawa plainly disclosed the same observation

that etch pits with facets that correspond to various GaN crystal faces can be

formed with molten KOH and that the resulting hexagonal etch pits have a

common base, i.e., the $(11\bar{2}0)$ direction, two years earlier.

| Claims | Kozawa |
|---|---|
| wherein said epitaxial layer system comprises GaN. | grown on sapphire substrates by MOVPE."  Ex. 1011 at L17. |
|  |  |
| 13. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical elements of claim 11 above. |
| crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid chemical. | Kozawa disclosed that "[m]olten KOH etching was performed on the GaN epitaxial layers. . . . hexagonal pits, which reflect the crystal symmetry of GaN, are observed on the etched surface. . . . All pits formed hexagonal pyramids, this side of the base being along $(11\bar{2}0)$ and the facet being $(30\bar{3}2)$ face of GaN." Ex. 1011 at L17; L17, Fig. 2 (below), Fig. 3 (above).  A person of ordinary skill in the art would have understood that the GaN-based epitaxial layer system was immersed in molten KOH to perform crystallographic etching necessarily required that the GaN-based epitaxial layer system be immersed in this wet etchant.  Ex. 1003, ¶ 86.<br><br>Figures 2 and 3 depict what was known to those skilled in the art as crystallographic etch pits.  Ex. 1003, ¶ 87.<br>Kozawa discloses that "[m]olten KOH etching was performed on the GaN epitaxial layers. . . . hexagonal pits, which reflect the crystal symmetry of GaN, are observed on the etched surface. . . . All pits formed hexagonal pyramids, this side of the base being along $(11\bar{2}0)$ and the facet being $(30\bar{3}2)$ face of GaN." Ex. 1011 at L17. |
|  |  |
| 14. The method of claim 13, wherein said epitaxial layer | *See* disclosure identified for claim 2 above. |

| Claims | Kozawa |
|---|---|
| system comprises GaN. | |
| | |
| 16. The method of claim 13, wherein said liquid chemical is heated. | The molten KOH disclosed in KOH is by definition KOH heated to a high temperature. Ex. 1003, ¶ 40. |

### D.    Youtsey '98 Anticipates Claims 11-14 Under 35 U.S.C. § 102(a)

Youtsey '98 described a photoelectrochemical wet etching process that used a KOH solution to produce smooth etched surfaces of epitaxially grown GaN.[7] Ex. 1012 at 560.  The photoelectrochemical wet etch produced very smooth surfaces with GaN sidewalls having a root mean square roughness of 1.5 nm. *Id.* at 561. This wet etching process thus crystallographically etched a GaN-based device along non-c-plane directions. *See* Ex. 1003 at ¶ 94.

| Claims | Youtsey '98 |
|---|---|
| 11. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | Youtsey '98 disclosed "GaN layers grown on 6H SiC substrates by metal-organic chemical-vapor deposition"—an epitaxial growth method—which were subjected to photoenhanced wet etching. Ex. 1012 at 560. |
| wet chemical crystallographic etching said epitaxial layer | Youtsey '98 disclosed "a photoenhanced wet chemical etch process that yields very smooth etched surfaces with rms roughness of approximately 1.5 nm.  Etch |

---

[7] Youtsey '98 was also one of the twenty-eight references identified in the provisional application but not identified in the non-provisional application or disclosed during prosecution.  Ex. 1033 at 16; Ex. 1003, ¶ 91.

| Claims | Youtsey '98 |
|---|---|
| system along non-c-plane crystal directions. | rates as high as 50 nm/min are obtained using KOH solution and Hg arc lamp illumination." Ex. 1012 at 560.  Youtsey '98 also discloses that "[t]he bottom etched surface shows a very smooth morphology, comparable to that of the unetched surface.  The etched sidewalls are less smooth due to the presence of vertical striations.  Atomic force microscopy measurements indicated a rms surface roughness on the etched surfaces of 1.5 nm, while the unetched samples had a rms roughness of approximately 0.3 nm." *Id*. at 561. The photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic etching process since the material formerly present on the sidewalls was preferentially removed and a smooth, crystallographic non-c-plane surface was obtained.  Ex. 1003, ¶ 94.

The etching into the side walls is a non-c-plane vector crystal direction.  *Id.*  Again here, this holds true regardless of whether "non-c-plane" is interpreted to include the negative c-plane.  *Id.* |
| 12. The method of claim 11, wherein said epitaxial layer system comprises GaN. | Youtsey '98 disclosed "GaN layers grown on 6H SiC substrates."  Ex. 1012 at 560. |
| 13. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical elements of claim 11. |
| crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid | Youtsey '98 disclosed "a photoenhanced wet chemical etch process that yields very smooth etched surfaces with rms roughness of approximately 1.5 nm.  Etch rates as high as 50 nm/min are obtained using KOH solution and Hg arc lamp illumination."  Ex. 1012 at |

| Claims | Youtsey '98 |
|---|---|
| chemical. | 560.  Youtsey '98 also discloses that  "[t]he bottom etched surface shows a very smooth morphology, comparable to that of the unetched surface.  The etched sidewalls are less smooth due to the presence of vertical striations.  Atomic force microscopy measurements indicated a rms surface roughness on the etched surfaces of 1.5 nm, while the unetched samples had a rms roughness of approximately 0.3 nm."  *Id.* at 561.  The photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic etching process since the material formerly present on the sidewalls was preferentially removed and a smooth, crystallographic non-c-plane surface was obtained.  Ex. 1003, ¶ 94.<br><br>This wet etching process necessarily involved immersing the GaN-based system in the KOH solution. *Id.*, ¶ 95.  While inherent in the disclosure of Youtsey '98, Applicants nonetheless point out, for purposes of illustrating that this was requisite approach in the art, this was illustrated in Fig. 1 (below) of the author Youtsey's prior disclosure, Youtsey '97.  Ex. 1013, Fig. 1.<br><br><br>FIG. 1. Schematic of etching apparatus. |
| | |
| 14. The method of claim 13, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 12. |

37

### E.     Weyher in View of Kelly Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a)

Weyher described using a KOH solution to etch one of the two c-plane sides of bulk GaN crystal.  Ex. 1014 at 18; Ex. 1003, ¶ 96.  This produced pyramids "with a hexagonal base and six well-defined side walls where the edge of the hexagonal base was parallel to the $(10\bar{1}0)$ cleavage planes of the GaN crystal" and the sidewalls of the pyramids were "most probably" $(10\bar{1}2)$ planar surfaces.  Ex. 1014 at 18-19; Ex. 1003, ¶ 97.  Accordingly, this etching was crystallographic, as a person skilled in the art would have understood.  Ex. 1003, ¶ 98.  Weyher in fact stated that it was crystallographic, noting that it thus was not suitable for polishing (i.e., smoothing) GaN:  "[F]ree etching based on this reaction is not a suitable tool for polishing of GaN because it is kinetically controlled, with <u>strong crystallographic anisotropy</u>, as demonstrated in Figs. 1 and 2" (excerpted below).  Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.



Weyher described the resulting surface depicted above as "a micro-rough surface," teaching that if this was not desired then continuous mechanical polishing was need during the KOH etching.  Ex. 1014 at 21; Ex. 1003, ¶ 99.

Weyher also tried to etch epitaxial GaN layers grown on (0001)-oriented sapphire substrates.  Ex. 1014 at 18; Ex. 1003, ¶ 100.  Weyher found that the pyramids shown above were not formed on the top surface of these epitaxial layers under the same etching conditions.  Ex. 1014 at 21; Ex. 1003, ¶ 100.  Weyher concluded that the top surface of the epitaxial layers mounted on the substrate had "the second polar {0001} orientation."  Ex. 1014 at 21.

Thus, Weyher taught a person of ordinary skill in the art that the side of GaN that could be crystallographically etched to form a rough surface was the surface of epitaxial GaN attached to the sapphire substrate.  Ex. 1003, ¶ 101.  If the substrate was removed, then this side would be accessible to be crystallographically etched to a rough surface.  *Id.*, ¶ 102.  A person of ordinary skill in the art would have been highly motivated to implement Weyher's etching to obtain such a rough surface to improve light emission from GaN-based LEDs.  *Id.*, ¶ 104.  It was well-known—as reflected in multiple references—that roughening a III-V semiconductor surface via etching would significantly improve light emission through the basic principle of physics of avoiding internal reflection / wave

Patent 6,294,475                                                    Atty. Docket: 125923-224977

guiding.  Ex. 1003, ¶ 103; *see also id.*, ¶¶ 46-51; Ex. 1023 at Abstract; Ex. 1024 at

4:4-5; 5:8-9; Ex. 1025 at 2174; Ex. 1027 at 13.

A person of ordinary skill in the art would have been looking for a technique

to separate the GaN from the sapphire substrate to access the surface attached to

the sapphire, and Kelly disclosed a process to accomplish this.  Ex. 1003, ¶¶ 104-

05.  Kelly described a laser liftoff technique (known as LLO) to separate a GaN

epitaxial layer system from a sapphire substrate.  Ex. 1016 at 3:24-41; Ex. 1003, ¶

105.  Kelly also recognized that the LLO process could be used to avoid problems

associated with lattice mismatch between the sapphire substrate and the GaN

epitaxial layers, and electrical back contacts could be placed directly onto the

devices after LLO to reduce the thickness, and other advantages.  Ex. 1016 at 3:2-

12; 4:66-5:13; Ex. 1003, ¶ 107.

A person of ordinary skill in the art making a GaN-based LED would have

found it obvious to use the LLO process disclosed in Kelly to access the GaN

surface attached to the sapphire after growth and then apply Weyher's

crystallographic wet etching to obtain a rough surface, which would improve light

emission. Ex. 1003, ¶ 108.  This combination would have involved no more than

the predictable use of prior art techniques according to the functions established in

the respective prior art disclosures.  *Id.*  This combination also would have solved a

known problem of internal reflection within LEDs by etching to increase surface

roughness, which was a known solution to this problem in the field.   *Id.*

    While Weyher was of record during prosecution, this prior art reference was

not applied by the Examiner.  Kelly was not of record.

| Claims | Weyher and Kelly |
|---|---|
| 1. A method of processing a III-Nitride epitaxial layer system provided on a substrate, comprising: | Kelly disclosed separating a Group III nitride epitaxial layer system from a substrate, in particular a separating GaN-based epitaxial layer system from a sapphire substrate.  Ex. 1016 at 5:53-6:65.<br><br>Kelley also disclosed attaching a Teflon disk or film to the GaN-based epitaxial layer system prior to removal of the sapphire substrate to stabilize the GaN-based epitaxial layer system after removal.  Ex. 1016 at 6:59-65; *see also id.* at 4:56-65.  If the term "substrate" were not interpreted as limited to the growth substrate (although Petitioners believe this would be incorrect), even if the preamble were a limitation, this limitation would still be satisfied by the attached support material, *e.g.* a Teflon disk or film.  Ex. 1003, ¶ 106. |
| exposing non-c-plane surfaces of said III-Nitride epitaxial layer system; and | Kelly disclosed "how to separate a GaN layer (4) from a sapphire substrate (6) polished on both sides."  Ex. 1016 at 6:29-65.  The side of the GaN previously attached to the sapphire substrate which is thus exposed is the negative c-plane.   Ex. 1003, ¶ 101.  Accordingly, this claim limitation is met if "non-c-plane" is interpreted to include the negative c-plane.  Weyher observed that "only one side of the two polar (0001) [i.e., c-plane] surfaces is etched by all solutions [tested]."  Ex. 1014 at 18. |
| crystallographically etching said epitaxial layer system in order to obtain crystallographic plane surfaces. | Weyher disclosed that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH."  Ex. 1014 at 17, Abstract.  Weyher further disclosed that a "brief |

| Claims | Weyher and Kelly |
|---|---|
|  | etching gave rise to pyramids with a hexagonal base and six well-defined side walls where the edge of the hexagons were parallel to the $(10\bar{1}0)$ cleavage planes of the GaN crystal.  The inclination of the side walls of pyramids to the (0001) plane is close to 60 [degrees] . . . which suggests that these are most probably $(10\bar{1}2)$ type planes." *Id.* at 19; Ex. 1003, ¶ 97.  Weyher described the KOH etching of the bulk GaN crystals as crystallographic, *i.e.*, involving "strong crystallographic anisotropy, as demonstrated in Figs. 1 and 2" (copied above), which show the crystallographic plane surfaces of the hexagonal hillocks. Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.  Weyher further described the surface resulting from this "anisotropic etching" as "micro-rough."  Ex. 1014 at 21; Ex. 1003, ¶ 99. |
|  |  |
| 2. The method of claim 1, wherein said III-Nitride epitaxial layer system comprises GaN. | Kelly disclosed separating  a GaN-based epitaxial layer system from a sapphire substrate.  Ex. 1016 at 6:42-49 ("Figure 7 shows schematically how to separate a GaN layer (4) from a sapphire substrate (6) polished on both sides."). |
|  |  |
| 4. The method of claim 1, wherein said crystallographically etching step comprises immersing said epitaxial layer system in a crystallographic etching chemical. | Weyher discloses that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH." Ex. 1014 at 17, Abstract.  Weyher also disclosed stirring the KOH solutions during etching. *Id.* at 18. |
|  |  |
| 11. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a | Kelly disclosed separating a Group III nitride epitaxial layer system from a substrate, in particular a separating GaN-based epitaxial layer system from a sapphire substrate. Ex. 1016 at 5:53-6:65.

Kelley also disclosed attaching a Teflon disk or film |

| Claims | Weyher and Kelly |
|---|---|
| substrate; and | to the GaN-based epitaxial layer system prior to removal of the sapphire substrate to stabilize the GaN-based epitaxial layer system after removal.  Ex. 1016 at 6:59-65; *see also id.* at 4:56-65.  If the term "substrate" were not interpreted as limited to the growth substrate (although Petitioners believe this would be incorrect), this limitation would still be satisfied by the attached support material, *e.g.* a Teflon disk or film.  Ex. 1003, ¶ 106. |
| wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions. | Weyher disclosed that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH."  Ex. 1014 at 17, Abstract.  Weyher further disclosed that a "brief etching gave rise to pyramids with a hexagonal base and six well-defined side walls where the edge of the hexagons were parallel to the $(10\overline{1}0)$ cleavage planes of the GaN crystal.  The inclination of the side walls of pyramids to the (0001) plane is close to 60 [degrees] . . . which suggests that these are most probably $(10\overline{1}2)$ type planes," which constitutes etching along non-c-plane crystal directions.  Ex. 1014 at 19; Ex. 1003, ¶ 97.  Weyher described the KOH etching of the bulk GaN crystals as crystallographic, *i.e.*, involving "<u>strong crystallographic anisotropy</u>, as demonstrated in Figs. 1 and 2" (copied above), which show the crystallographic plane surfaces of the hexagonal hillocks.  Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.  Weyher further described the surface resulting from this "anisotropic etching" as "micro-rough."  Ex. 1014 at 21; Ex. 1003, ¶ 99. |
|  |  |
| 12. The method of claim 11, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
|  |  |

| Claims | Weyher and Kelly |
|---|---|
| 13. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical limitations of claim 11 above. |
| crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid chemical. | Weyher disclosed that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH." Ex. 1014 at 17, Abstract.  Weyher also disclosed stirring the KOH solutions during etching.  *Id.* at 18.<br><br>Weyher further disclosed that a "brief etching gave rise to pyramids with a hexagonal base and six well-defined side walls where the edge of the hexagons were parallel to the $(10\overline{1}0)$ cleavage planes of the GaN crystal.  The inclination of the side walls of pyramids to the (0001) plane is close to 60 [degrees] . . . which suggests that these are most probably $(10\overline{1}2)$ type planes." *Id.* at 19; Ex. 1003, ¶ 97. Weyher described the KOH etching of the bulk GaN crystals as crystallographic, *i.e.*, involving "<u>strong crystallographic anisotropy</u>, as demonstrated in Figs. 1 and 2" (copied above), which show the crystallographic plane surfaces of the hexagonal hillocks.  Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.  Weyher further described the surface resulting from this "anisotropic etching" as "micro-rough."  Ex. 1014 at 21; Ex. 1003, ¶ 99. |
|  |  |
| 14. The method of claim 13, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
|  |  |
| 16. The method of claim | It would have been obvious to heat the |

| Claims | Weyher and Kelly |
|---|---|
| 13, wherein said liquid chemical is heated. | crystallographic etchant, at least to some degree, above room temperature to increase the reaction rate. This would have involved nothing more than routine optimization of the etching process.  Ex. 1003, ¶ 109. |

### F.      Kelly in view of Weyher Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a)

Alternatively, a person of ordinary skill in the art could have started from Kelly in developing a GaN-based LED with improved light extraction, since it discloses such a GaN-based LED in which the growth substrate has been removed and replaced with a new support material.  Ex. 1003, ¶ 110.  Kelly disclosed that this avoids problems associated with lattice mismatch and a further advantage that electrical contacts could be applied directly on the exposed surface.  Ex. 1016 at 3:2-12, 5:6-13; Ex. 1003, ¶ 110.

The person of ordinary skill would have been motivated to introduce the crystallographic wet etching process disclosed in Weyher to further improve light emission from the exposed surface.  Ex. 1003, ¶ 111.  As noted above, this combination of Kelly and Weyher would have implemented a known solution in the field of using etching to increase surface roughness to overcome the known problem of internal reflection / wave guiding within LEDs.  *Id.*

The claim chart set forth in Section VI.E above specifies where each element of the challenged claims can be found in Kelly and Weyher.

### G.   Weyher in view of Cheung Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a)

As discussed above, a person of ordinary skill in the art would have been highly motivated to obtain a roughened surface for improvement of light emission from GaN-based LEDs and, since Weyher had taught how to roughen the side of GaN attached to the sapphire substrate, would have been looking for a technique to separate the GaN from the sapphire substrate.  Ex. 1003, ¶ 112.  Like Kelly, Cheung also disclosed a LLO method for separating GaN epitaxial films from a sapphire substrate.  Ex. 1018 at 4:48-53; Ex. 1003, ¶ 113.  A person skilled in the art similarly would have found it obvious to combine the LLO process disclosed in Cheung with the crystallographic wet etching disclosed in Weyher to improve light extraction from a GaN-based LED.  Ex. 1003, ¶ 116.  Again, the combination would have involved no more than the predictable use of prior art techniques according to their established functions to implement a known solution to a known problem.  Ex. 1003, ¶ 116.

While Weyher was of record in the '475 Patent, it was not applied by the Examiner.  Cheung was not of record.

| Claims | Weyher and Cheung |
|---|---|
| 1. A method of processing a III-Nitride epitaxial layer system provided on a substrate, comprising: | Cheung disclosed a "method of separating a thin film of GaN epitaxially grown on a sapphire substrate. The thin film is bonded to an acceptor substrate, and the sapphire substrate is laser irradiated with a scanned beam at a wavelength at which sapphire is transparent but the GaN is strongly absorbing, e.g., 248 nm." Ex. |

Case IPR2013-_____
Patent 6,294,475                                  Atty. Docket: 125923-224977

| Claims | Weyher and Cheung |
|---|---|
|  | 1018 at Abstract; *see also id.* at 1:60-2:5, 7:50-53, Figs. 2-3, 5.<br><br>Thus, if the term "substrate" were not interpreted as limited to the growth substrate (although Petitioners believe this would be incorrect), even if the preamble were a limitation, this limitation would still be satisfied.  Ex. 1003, ¶¶ 114-15. |
| exposing non-c-plane surfaces of said III-Nitride epitaxial layer system; and | Cheung discloses a "method of separating a thin film of GaN epitaxially grown on a sapphire substrate. The thin film is bonded to an acceptor substrate, and the sapphire substrate is laser irradiated with a scanned beam at a wavelength at which sapphire is transparent but the GaN is strongly absorbing, e.g., 248 nm."  Ex. 1018 at Abstract.  "The invention thus provides a useful and simple method of transferring crystalline thin films from a growth substrate to an acceptor substrate. It is particularly useful with materials such as GaN which require heteroepitaxy on substrates that are expensive and difficult to process."  Ex. 1018 at 7:50-53; *see also id.* at 4:48-53; Figs. 2-3, 5; Ex. 1003, ¶¶ 113-15.   Accordingly, this claim limitation is met if "non-c-plane" is interpreted to include the negative c-plane. Weyher observed that "only one side of the two polar (0001) [i.e., c-plane] surfaces is etched by all solutions [tested]."  Ex. 1014 at 18. |
| crystallographically etching said epitaxial layer system in order to obtain crystallographic plane surfaces. | Weyher disclosed that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH."  Ex. 1014 at 17, Abstract.  Weyher further disclosed that a "brief etching gave rise to pyramids with a hexagonal base and six well-defined side walls where the edge of the hexagons were parallel to the $(10\overline{1}0)$ cleavage planes of the GaN crystal.  The inclination of the side walls of pyramids to the (0001) plane is close to 60 [degrees] . . . which suggests that these are most probably $(10\overline{1}2)$ type planes."  Ex. 1014 at 19; Ex. |

| Claims | Weyher and Cheung |
|---|---|
|  | 1003, ¶ 97.  Weyher described the KOH etching of the bulk GaN crystals as crystallographic, *i.e.*, involving "<u>strong crystallographic anisotropy</u>, as demonstrated in Figs. 1 and 2" (copied above), which show the crystallographic plane surfaces of the hexagonal hillocks.  Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.  Weyher further described the surface resulting from this "anisotropic etching" as "micro-rough."  Ex. 1014 at 21; Ex. 1003, ¶ 99. |
|  |  |
| 2. The method of claim 1, wherein said III-Nitride epitaxial layer system comprises GaN. | Cheung disclosed that "[t]he invention thus provides a useful and simple method of transferring crystalline thin films from a growth substrate to an acceptor substrate. It is particularly useful with materials such as GaN which require heteroepitaxy on substrates that are expensive and difficult to process."  Ex. 1018 at 7:50-53. |
|  |  |
| 4. The method of claim 1, wherein said crystallographically etching step comprises immersing said epitaxial layer system in a crystallographic etching chemical. | Weyher discloses that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH."  Ex. 1014 at 17, Abstract.  Weyher also disclosed stirring the KOH solutions during etching.  *Id.* at 18. |
|  |  |
| 11. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | Cheung disclosed a "method of separating a thin film of GaN epitaxially grown on a sapphire substrate. The thin film is bonded to an acceptor substrate, and the sapphire substrate is laser irradiated with a scanned beam at a wavelength at which sapphire is transparent but the GaN is strongly absorbing, e.g., 248 nm."  Ex. 1018 at Abstract; *see also id.* at 1:60-2:5, 7:50-53, Figs. 2-3, 5.  Thus, if the term "substrate" were not interpreted as limited to the growth substrate (although Petitioners |

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

| Claims | Weyher and Cheung |
|---|---|
|  | believe this would be incorrect), this limitation would still be satisfied.  Ex. 1003, ¶¶ 114-15. |
| wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions. | Weyher disclosed that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH."  Ex. 1014 at 17, Abstract.  Weyher further disclosed that a "brief etching gave rise to pyramids with a hexagonal base and six well-defined side walls where the edge of the hexagons were parallel to the $(10\bar{1}0)$ cleavage planes of the GaN crystal.  The inclination of the side walls of pyramids to the (0001) plane is close to 60 [degrees] . . . which suggests that these are most probably $(10\bar{1}2)$ type planes," which constitutes etching along non-c-plane crystal directions.  Ex. 1014 at 19; Ex. 1003, ¶ 97.  Weyher described the KOH etching of the bulk GaN crystals as crystallographic, *i.e.*, involving "<u>strong crystallographic anisotropy</u>, as demonstrated in Figs. 1 and 2" (copied above), which show the crystallographic plane surfaces of the hexagonal hillocks.  Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.  Weyher further described the surface resulting from this "anisotropic etching" as "micro-rough."  Ex. 1014 at 21; Ex. 1003, ¶ 99. |
| 12. The method of claim 11, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
| 13. A method of processing a III-Nitride epitaxial layer system comprising: providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical limitations of claim 11 above. |

Case IPR2013-_____
Patent 6,294,475                                           Atty. Docket: 125923-224977

| Claims | Weyher and Cheung |
|---|---|
| crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid chemical. | Weyher disclosed that "[b]ulk single crystals of GaN and heteroepitaxial GaN layers were subjected to free etching and mechano-chemical polishing in aqueous solutions (10-1N) of KOH and NaOH." Ex. 1014 at 17, Abstract.  Weyher also disclosed stirring the KOH solutions during etching.  *Id.* at 18.<br><br>Weyher further disclosed that a "brief etching gave rise to pyramids with a hexagonal base and six well-defined side walls where the edge of the hexagons were parallel to the $(10\bar{1}0)$ cleavage planes of the GaN crystal.  The inclination of the side walls of pyramids to the (0001) plane is close to 60 [degrees] . . . which suggests that these are most probably $(10\bar{1}2)$ type planes." Ex. 1014 at 19; Ex. 1003, ¶ 97.  Weyher described the KOH etching of the bulk GaN crystals as crystallographic, *i.e.*, involving "<u>strong crystallographic anisotropy</u>, as demonstrated in Figs. 1 and 2" (copied above), which show the crystallographic plane surfaces of the hexagonal hillocks. Ex. 1014 at 21 (emphasis added); Ex. 1003, ¶ 98.  Weyher further described the surface resulting from this "anisotropic etching" as "micro-rough."  Ex. 1014 at 21; Ex. 1003, ¶ 99. |
| 14. The method of claim 13, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
| 16. The method of claim 13, wherein said liquid chemical is heated. | It would have been obvious to heat the crystallographic etchant, at least to some degree, above room temperature to increase the reaction rate. This would have involved nothing more than routine optimization of the etching process. Ex. 1003, ¶ 117. |

### H.    Cheung in View of Weyher Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. § 103(a)

Alternatively, a person of ordinary skill in the art could have started from Cheung in developing a GaN-based LED with improved light extraction.  Ex. 1003, ¶ 118.  Cheung disclosed numerous advantages of the GaN-based LEDs made with the LLO process, including, *e.g.*, avoiding the dicing problems associated with sapphire substrates and permitting the manufacturer to reuse the expensive sapphire substrate.  Ex. 1018 at 1:60-2:5; 7:50-53; Ex. 1003, ¶ 118.  As in the case of Kelly, in GaN-based LEDs made using the Cheung LLO process could have electrical back contacts directly on the underside of the device.  Ex. 1003, ¶ 118.

The person of ordinary skill would have been motivated to apply the crystallographic wet etching process disclosed in Weyher to improve light emission.  *Id.*, ¶ 119.  As noted above, this combination would have implemented a known solution in the field of using etching to increase surface roughness to solve the known problem of internal reflection / wave guiding within III-V semiconductor LEDs.  *Id.*

The claim chart set forth in Section VI.G above specifies where each element of the challenged claims can be found in Cheung and Weyher.

## I.   Donnelly in View of Youtsey '98 Renders Claims 1, 2, 4, 11-14, and 16 Obvious Under 35 U.S.C. §103(a)

Donnelly disclosed processing a III-V semiconductor using a dry "crystallographic etching" process was used, resulting in "essentially vertical surfaces." Ex. 1019 at Abstract; Ex. 1003, ¶ 120. Donnelly recognized that this was desirable "for applications such as mirror facets on optical devices, where vertical walls or high aspect ratios are required." Ex. 1019 at 1:67-2:2; Ex. 1003, ¶ 120. Donnelly disclosed exposing non-c-plane surfaces of said III-V epitaxial layer system; specifically, Donnelly disclosed various methods of preferentially etching along specific crystallographic planes. Ex. 1019 at 3:7-12; *see also id.* at 4:37-5:4; Ex. 1003, ¶ 121. A person of ordinary skill in the art thus would have readily understood that each sidewall surface being etched in Donnelly was a non-c-plane surface. Ex. 1003, ¶ 121.

As discussed in Section VI.D above, Youtsey '98 disclosed a photoenhanced wet etching process "for smooth etching of n-type GaN films" where the disclosed etching method produced very smooth surfaces with GaN sidewalls having a root-mean-squared etched surface roughness of 1.5 nm "which compares favorably to the unetched surface roughness of approximately 0.3 nm." Ex. 1012 at 560, 562; Ex. 1003, ¶ 122. A skilled artisan would have recognized that the photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic process that produces crystallographic sidewall (*i.e.*, non-c-plane) surfaces. *Id.*

A person of skill in the art making a III-V-based semiconductor device

would have found it obvious to use the dry etching process disclosed in Donnelly

to expose smooth non-c plane sidewalls of the III-V device and then apply Youtsey

'98's crystallographic wet etching to improve the smoothness, which was known to

be desired for laser and transistor applications, as, *e.g.*, taught in those references

themselves.  Ex. 1012 at 560; Ex. 1019 at 2:33-39; Ex. 1003, ¶¶ 51, 92, 123-24.

Again, the combination would have involved no more than the predictable use of

prior art techniques to implement a known solution to a known problem with an

expectation of success.  Ex. 1003, ¶ 125.

While Donnelly was of record in the '475 Patent, it was not applied by the

Examiner.  Youtsey '98 was not of record.

| Claims | Donnelly and Youtsey '98 |
|---|---|
| 1. A method of processing a III-Nitride epitaxial layer system provided on a substrate, comprising: | Youtsey '98 disclosed "GaN layers grown on 6H SiC substrates by metal-organic chemical-vapor deposition"—an epitaxial growth method—which were subjected to photoenhanced wet etching.  Ex. 1012 at 560.

Donnelly disclosed that "[t]his invention relates to semiconductor devices and, in particular, semiconductor devices based on III-V materials" and application to epitaxy on a substrate.  Ex. 1019 at 1:7-9; 4:37-5:4. |
| exposing non-c-plane surfaces of said III-Nitride epitaxial layer system; and | Donnelly disclosed that "the III-V material being etched is subjected to an appropriate gas for the material such as one of those selected from chlorine, bromine, iodine entities or a combination of these halogen entities.  The interaction of an appropriate etchant with the III-V material causes differential |

| Claims | Donnelly and Youtsey '98 |
|---|---|
|  | crystallographic etching, i.e., etching that proceeds in directions dictated by the crystallographic planes of the material being etched at a rate which strongly depends on the particular plane. By appropriately orienting the sample mask on an appropriate crystallographic plane, feature walls essentially perpendicular to this plane are producible. Additionally, by an appropriate choice of mask orientation other crystallographic angles are available." Ex. 1019 at 3:3-16.  Thus, Donnelly disclosed etching vertically down, which would have exposed non-c-plane surfaces of GaN in combination with Youtsey, even if the term "non-c-plane" is interpreted to include the negative c-plane.  Ex. 1003, ¶ 121.<br><br>Donnelly disclosed a specific example where the "etch was conducted for a desired period of time, the discharge was then extinguished, the bromine flow was terminated, the bromine removed, and the chamber backfilled with dry nitrogen."  Ex. 1019 at 7:24-28.<br><br>Donnelly also disclosed "[t]o illustrate the process for a specific example, the plan views of FIG. 1 show the etch progression where a rectangular mask positioned on a (100) GaAs plane with its edges parallel to the (011) and $(01\bar{1})$ planes is employed. (The phantom line, 20, shows the periphery of the mask and the dashed triangle indicates a wall going in a direction below the plane of the paper.) After a relatively long etching period, an underlying hexagonal shape is produced."  Ex. 1019 at 4:37-45. |
| crystallographically etching said epitaxial layer system in order to obtain crystallographic plane surfaces. | Donnelly disclosed that the "interaction of an appropriate etchant with the III-V material causes differential crystallographic etching, i.e., etching that proceeds in directions dictated by the crystallographic planes of the material being etched at a rate which |

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

| Claims | Donnelly and Youtsey '98 |
|---|---|
| | strongly depends on the particular plane. By appropriately orienting the sample mask on an appropriate crystallographic plane, feature walls essentially perpendicular to this plane are producible. Additionally, by an appropriate choice of mask orientation other crystallographic angles are available." Ex. 1019 at 3:7-16.<br><br>Youtsey '98 disclosed "a photoenhanced wet chemical etch process that yields very smooth etched surfaces with rms roughness of approximately 1.5 nm. Etch rates as high as 50 nm/min are obtained using KOH solution and Hg arc lamp illumination." Ex. 1012 at 560.  Youtsey '98 also discloses that "[t]he bottom etched surface shows a very smooth morphology, comparable to that of the unetched surface.  The etched sidewalls are less smooth due to the presence of vertical striations.  Atomic force microscopy measurements indicated a rms surface roughness on the etched surfaces of 1.5 nm, while the unetched samples had a rms roughness of approximately 0.3 nm." *Id.* at 561.  The photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic etching process since the material formerly present on the sidewalls was preferentially removed and a smooth, crystallographic surface was obtained. Ex. 1003, ¶ 94. |
| | |
| 2. The method of claim 1, wherein said III-Nitride epitaxial layer system comprises GaN. | Youtsey '98 disclosed "GaN layers grown on 6H SiC substrates." Ex. 1012 at 560. |
| | |
| 4. The method of claim 1, wherein said crystallographically etching step comprises immersing said epitaxial | Youtsey '98 disclosed "a photoenhanced wet chemical etch process that yields very smooth etched surfaces with rms roughness of approximately 1.5 nm. Etch rates as high as 50 nm/min are obtained using KOH solution and Hg arc lamp illumination."  Ex. |

Atty. Docket: 125923-224977

| Claims | Donnelly and Youtsey '98 |
|---|---|
| layer system in a crystallographic etching chemical. | 1012 at 560. Youtsey '98 also discloses that "[t]he bottom etched surface shows a very smooth morphology, comparable to that of the unetched surface. The etched sidewalls are less smooth due to the presence of vertical striations. Atomic force microscopy measurements indicated a rms surface roughness on the etched surfaces of 1.5 nm, which the unetched samples had a rms roughness of approximately 0.3 nm." *Id.* at 561. The photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic etching process since the material formerly present on the sidewalls was preferentially removed and a smooth, crystallographic non-c-plane surface was obtained. Ex. 1003, ¶ 94.<br><br>This wet etching process necessarily involved immersing the GaN-based system in the KOH solution. Ex. 1003, ¶ 95. While inherent in the disclosure of Youtsey '98, Applicants nonetheless point out, for purposes of illustrating that this was requisite approach in the art, this was illustrated in Fig. 1 (below) of the author Youtsey's prior disclosure, Youtsey '97. Ex. 1013, Fig. 1.<br><br><br>FIG. 1. Schematic of etching apparatus. |
| 11. A method of processing a III-Nitride epitaxial layer system | Youtsey '98 disclosed "GaN layers grown on 6H SiC substrates by metal-organic chemical-vapor deposition"—an epitaxial growth method—which |

Atty. Docket: 125923-224977

| Claims | Donnelly and Youtsey '98 |
|---|---|
| comprising:<br>providing a III-Nitride epitaxial layer system on a substrate; and | were subjected to photoenhanced wet etching.  Ex. 1012 at 560.<br><br>Donnelly disclosed that "[t]his invention relates to semiconductor devices and, in particular, semiconductor devices based on III-V materials" and application to epitaxy on a substrate.  Ex. 1019 at 1:7-9; 4:37-5:4. |
| wet chemical crystallographic etching said epitaxial layer system along non-c-plane crystal directions. | Donnelly disclosed that the "interaction of an appropriate etchant with the III-V material causes differential crystallographic etching, i.e., etching that proceeds in directions dictated by the crystallographic planes of the material being etched at a rate which strongly depends on the particular plane. By appropriately orienting the sample mask on an appropriate crystallographic plane, feature walls essentially perpendicular to this plane are producible. Additionally, by an appropriate choice of mask orientation other crystallographic angles are available."  Ex. 1019 at 3:7-16.<br><br>Youtsey '98 disclosed "a photoenhanced wet chemical etch process that yields very smooth etched surfaces with rms roughness of approximately 1.5 nm. Etch rates as high as 50 nm/min are obtained using KOH solution and Hg arc lamp illumination."  Ex. 1012 at 560.  Youtsey '98 also discloses that "[t]he bottom etched surface shows a very smooth morphology, comparable to that of the unetched surface.  The etched sidewalls are less smooth due to the presence of vertical striations.  Atomic force microscopy measurements indicated a rms surface roughness on the etched surfaces of 1.5 nm, while the unetched samples had a rms roughness of approximately 0.3 nm."  *Id*. at 561.  The photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic etching process since the material formerly present on the sidewalls was preferentially removed and a smooth, |

Atty. Docket: 125923-224977

| Claims | Donnelly and Youtsey '98 |
|---|---|
| | crystallographic non-c-plane surface was obtained. Ex. 1003, ¶ 94.<br><br>The etching into the side walls is a non-c-plane vector crystal direction. *Id.* Again here, this holds true regardless of whether "non-c-plane" is interpreted to include the negative c-plane. *Id.* |
| | |
| 12. The method of claim 11, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
| | |
| 13. A method of processing a III-Nitride epitaxial layer system comprising:<br>providing a III-Nitride epitaxial layer system on a substrate; and | *See* disclosure identified for the identical limitations of claim 11 above. |
| crystallographically etching said epitaxial layer system by immersing said epitaxial layer system into a liquid chemical. | Donnelly disclosed that the "interaction of an appropriate etchant with the III-V material causes differential crystallographic etching, i.e., etching that proceeds in directions dictated by the crystallographic planes of the material being etched at a rate which strongly depends on the particular plane. By appropriately orienting the sample mask on an appropriate crystallographic plane, feature walls essentially perpendicular to this plane are producible. Additionally, by an appropriate choice of mask orientation other crystallographic angles are available." Ex. 1019 at 3:7-16.<br><br>Youtsey '98 disclosed "a photoenhanced wet chemical etch process that yields very smooth etched surfaces with rms roughness of approximately 1.5 nm. Etch rates as high as 50 nm/min are obtained using KOH solution and Hg arc lamp illumination." Ex. 1012 at 560. Youtsey '98 also discloses that "[t]he |

| Claims | Donnelly and Youtsey '98 |
|---|---|
|  | bottom etched surface shows a very smooth morphology, comparable to that of the unetched surface.  The etched sidewalls are less smooth due to the presence of vertical striations.  Atomic force microscopy measurements indicated a rms surface roughness on the etched surfaces of 1.5 nm, while the unetched samples had a rms roughness of approximately 0.3 nm." *Id.* at 561.  The photoenhanced wet etching process disclosed in Youtsey '98 was a crystallographic etching process since the material formerly present on the sidewalls was preferentially removed and a smooth, crystallographic non-c-plane surface was obtained.  Ex. 1003, ¶ 94.

This wet etching process necessarily involved immersing the GaN-based system in the KOH solution.  Ex. 1003, ¶ 95.  While inherent in the disclosure of Youtsey '98, Applicants nonetheless point out, for purposes of illustrating that this was requisite approach in the art, this was illustrated in Fig. 1 of the author Youtsey's prior disclosure, Youtsey '97.  Ex. 1013, Fig. 1. |
|  |  |
| 14. The method of claim 13, wherein said epitaxial layer system comprises GaN. | *See* disclosure identified for claim 2 above. |
|  |  |
| 16. The method of claim 13, wherein said liquid chemical is heated. | It would have been obvious to heat the crystallographic etchant, at least to some degree, above room temperature to increase the reaction rate.  This would have involved nothing more than routine optimization of the etching process.  Ex. 1003, ¶ 126. |

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

## VII.  <u>CONCLUSION</u>

For the foregoing reasons, OSRAM respectfully requests institution of IPR

for claims 1, 2, 4, 11-14, and 16 of the '475 Patent because there is a reasonable

likelihood that OSRAM will prevail with respect to at least one of these claims

challenged in this Petition, and OSRAM respectfully requests that these claims be

declared unpatentable and canceled.


Dated: July 19, 2013                    Respectfully submitted,

                                        <u>/Charles H. Sanders/</u>
                                        Charles H. Sanders
                                        Reg. No.: 47,053

Case IPR2013-_____
Patent 6,294,475                                    Atty. Docket: 125923-224977

## Appendix – List of Exhibits

| Exhibit No. | Description |
|---|---|
| Ex. 1001 | U.S. Patent No. 6,294,475 ("the '475 patent") |
| Ex. 1002 | Prosecution History of U.S. Patent No. 6,294,475 |
| Ex. 1003 | Declaration of Dr. Christian M. Wetzel |
| Ex. 1004 | Curriculum Vitae of Dr. Christian M. Wetzel |
| Ex. 1005 | Japanese Patent Application Publication No. H10-41585 to I. Akasaki et al. |
| Ex. 1006 | Translation of Japanese Patent Application Publication No. H10-41585 to I. Akasaki et al. ("Akasaki"); |
| Ex. 1007 | Certification of Translation of Akasaki |
| Ex. 1008 | Japanese Patent Application Publication No. H8-255952 to M. Sonobe |
| Ex. 1009 | Translation of Japanese Patent Application Publication No. H8-255952 to M. Sonobe ("Sonobe") |
| Ex. 1010 | Certification of Translation of Sonobe |
| Ex. 1011 | T. Kozawa et al., "Dislocation Etch Pits in GaN Epitaxial Layers Grown on Sapphire Substrates," Journal of the Electrochemical Society. Vol. 143, No. 1, pp. L17-19 (1996) ("Kozawa") |
| Ex. 1012 | C. Youtsey and I. Adesida, "Smooth n-type GaN Surfaces by Photoenhanced Wet Etching," Applied Physics Letters., Vol. 72, No. 5, pp. 560-62 (1998) ("Youtsey '98") |
| Ex. 1013 | C. Youtsey and I. Adesida, "Highly Anisotropic Photoenhanced Wet Etching of n-type GaN," Applied Physics Letters 71, No. 15, pp. 2151-53 (1997) ("Youtsey '97") |
| Ex. 1014 | J.L. Weyher et al., "Chemical Polishing of Bulk and Epitaxial GaN," Journal of Crystal Growth 182, pp. 17-22 (1997) ("Weyher") |
| Ex. 1015 | German Patent Application Publication No. DE19640594A1 to Michael K. Kelly |
| Ex. 1016 | Translation of German Patent Application Publication No. DE19640594A1 to Michael K. Kelly ("Kelly") |
| Ex. 1017 | Certification of Translation of Kelly |
| Ex. 1018 | U.S. Patent No. 6,071,795 to N.W. Cheung, et al. ("Cheung") |
| Ex. 1019 | U.S. Patent No. 4,397,711 to V.M. Donnelly, et al. ("Donnelly") |

| Exhibit No. | Description |
|---|---|
| Ex. 1020 | W. Lee and E.F. Schubert, *Important planes of wurtzite GaN*, available at: http://www.ecse.rpi.edu/~schubert/Course-Teaching-modules/A060-Crystal-planes-of-wurtzite-GaN.pdf |
| Ex. 1021 | Deposition of Dr. Dean A. Stocker in *E. Fred Schubert v. OSRAM GmbH, et al., Case No. 12-cv-923-GMS (D. Del.)* |
| Ex. 1022 | Seelmann-Egbert, et al., "Polarity of (00.1) GaN epilayers grown on a (00.1) sapphire," Applied Physics Letters Vol. 17, No. 18, pp. 2635-37 (1997) |
| Ex. 1023 | U.S. Patent No. 3,739,217 to Bergh, et al. |
| Ex. 1024 | European Patent Application Publication No. EP 0 404 565 |
| Ex. 1025 | I. Schnitzer, et al., "30% external quantum efficiency from surface textured, thin-film light-emitting diodes," Applied Physics Letters 63, No. 16, pp. 2174-76 (1993) |
| Ex. 1026 | E.F. Schubert, Light-Emitting Diodes, 2nd Edition, 154-63 (2006) |
| Ex. 1027 | W.N. Carr, "Photometric Figures of Merit for Semiconductor Luminescent Sources Operating in Spontaneous Mode," Infrared Physics, Vol. 6, pp. 1-19 (1966) |
| Ex. 1028 | McGraw-Hill Dictionary of Scientific & Technical Terms 690(5th ed. 1994) |
| Ex. 1029 | Handbook of Metal Etchants 42 (P. Walker & W.H. Tarn eds., 1991) |
| Ex. 1030 | Etching of Crystals:  Theory, Experiment and Application 106-12 (K. Sangwal, ed., 1987) |
| Ex. 1031 | Solid State Phenomena, "Morphology of Etched Surfaces",  251-92 (K. Sangwal & R. Rodriguez-Clemente, eds., volumes 17 – 18, 1991) |
| Ex. 1032 | Plaintiff's Initial Infringement Chart, *E. Fred Schubert v. OSRAM GmbH, et al., Case No. 12-cv-923-GMS (D. Del.)* |
| Ex. 1033 | U.S. Provisional Application No. 60/090,409 |
| Ex. 1034 | Letter from J.B. Anderson to C. Petrosky and W.J. Jacobs (November 27, 2009) regarding expiration of the '475 Patent |
| Ex. 1035 | Missing Documents from '475 Patent Prosecution File Wrapper (April 22, 2010) |

Case IPR2013-_____
Patent 6,294,475                                     Atty. Docket: 125923-224977

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing petition for

*inter partes* review, Power of Attorney, and all Exhibits and other documents filed

together with the petition were served on July 19, 2013, by delivering a copy to

FEDERAL EXPRESS directed to (1) the attorneys of record for the '475 Patent at

the following address:

Samuels Gauthier & Stevens LLP
225 Franklin Street
Suite 3300
Boston, MA 02110

and the following address known to Petitioner as likely to effect service:

Daniel A. Ladow
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Dated: July 19, 2013          By:   /Charles H. Sanders/
                                    Charles H. Sanders
                                    Reg. No.: 47,053