

July 21, 2015

<u>**VIA E-FILING**</u>
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801-3569

> **Re:**   **Schubert v. OSRAM GmbH et al.**
> **(C.A. No. 12-cv-923-GMS)**
> **Schubert v. Koninklijke Philips Electronics NV et al.**
> <u>**(C.A. No. 12-cv-924-GMS)**</u>

Dear Judge Sleet:

The parties respectfully submit this status report pursuant to Your Honor's July 17, 2015 Oral Order (D.I. 80 (12-cv-923); D.I. 55 (12-cv-924)) with respect to the *inter partes* review proceeding pending before the U.S. Patent & Trademark Office ("PTO") involving the patent-in-suit, U.S. Patent No. 6,294,475 ("the '475 patent").

The PTO issued a final decision upholding the challenged claims of the '475 patent. OSRAM has appealed this decision of the Patent Trial & Appeal Board to the Court of Appeals for the Federal Circuit. Briefing is to take place during the coming months. Pursuant to the joint stipulated order providing for a stay pending *inter partes* review ((D.I. 77 (12-cv-923); D.I. 53 (12-cv-924)), both cases remain stayed pending a final non-appealable decision by the PTO or the Federal Circuit, whichever is later.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc:  Counsel of Record (via E-Filing)